**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **James**<br>First name<br><br>**Patrick**<br>Middle name<br><br>**Petersen**<br>Last name and Suffix (Sr., Jr., II, III) | **Tricia**<br>First name<br><br>**Yeh**<br>Middle name<br><br>**Petersen**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7906 | xxx-xx-0171 |

| Debtor 1 | **James Patrick Petersen** |
| Debtor 2 | **Tricia Yeh Petersen** |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business name or EINs.

**DBA  SEE ATTACHMENT**

Business name(s)
_____

EIN
_____

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

**DBA  SEE ATTACHMENT**

Business name(s)
_____

EIN
_____

---

**5.** **Where you live**

**603 Stanford Ave**
**Fremont, CA 94539**
Number, Street, City, State & ZIP Code

**Alameda**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Case: 20-41626   Doc# 1   Filed: 10/08/20   Entered: 10/08/20 14:40:10   Page 2 of 40

| Debtor 1 | **James Patrick Petersen** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Tricia Yeh Petersen** | | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **See Attachment** | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 20-41626 Doc# 1 Filed: 10/08/20 Entered: 10/08/20 14:40:10 Page 3 of 40

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is
needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ James Patrick Petersen | /s/ Tricia Yeh Petersen |
|----------------------------|-------------------------|
| **James Patrick Petersen** | **Tricia Yeh Petersen** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **10/08/2020** | Executed on  **10/08/2020** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **James Patrick Petersen** | | |
|---|---|---|---|
| Debtor 2 | **Tricia Yeh Petersen** | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Sarah Little** | | Date | **10/08/2020** |
|---|---|---|---|
| Signature of Attorney for Debtor | | | MM / DD / YYYY |

**Sarah Little 215635**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone **510-763-1000**       Email address

**215635 CA**
Bar number & State

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

## FORM 1. VOLUNTARY PETITION
### Attachment A

**Q. 8 Any business names and Employer Identification Numbers you have used in the last 8 years**

**RED ROSE, INC. dba PETERSENDEAN, dba PETERSENDEAN ROOFING AND SHEET METAL, EIN 88-0137048**

**BEACHHEAD ROOFING AND SUPPLY, INC.  EIN 82-3120971**

**CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC. EIN 95-3564490**

**FENCES 4 AMERICA, INC. EIN 81-4757596**

**JAMES PETERSEN INDUSTRIES, INC.  EIN 81-4556031**

**PD SOLAR, INC. EIN 26-4083699**

**PETERSEN-DEAN, INC. EIN 77-0041556**

**PETERSEN ROOFING AND SOLAR LLC EIN 83-4135441**

**PETERSENDEAN HAWAII LLC  82-4830326**

**PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC. EIN 65-0762571**

**PETERSENDEAN TEXAS, INC.  76-0214538**

**ROOFS 4 AMERICA, INC. EIN 81-4562507**

**SOLAR 4 AMERICA, INC. EIN 47-3101653**

**SONOMA ROOFING SERVICES, INC. 68-0127998**

**TRI-VALLEY SUPPLY, INC.  EIN 94-3199898**

**TD VENTURE FUND LLC, EIN 82-3238612**

**UP ADVISORS GROUP LLC, EIN 85-2681899**

**SOLAR POWER CAPITAL PARTNERS LLC**

**Q. 10 Are any bankruptcy cases pending of being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

**RED ROSE, INC. dba PETERSENDEAN, dba PETERSENDEAN ROOFING AND SHEET METAL**

**filed on 6/11/2020 as case number 20-12814 in District of Nevada, Las Vegas**

**and jointly administered with the following cases:**

**20-12815-mkn BEACHHEAD ROOFING AND SUPPLY, INC.**

**20-12816-mkn CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC.**

**20-12818-mkn FENCES 4 AMERICA, INC.**

**20-12819-mkn JAMES PETERSEN INDUSTRIES, INC.**

**20-12820-mkn PD SOLAR, INC.**

**20-12821-mkn PETERSEN-DEAN, INC.**

**20-12822-mkn PETERSEN ROOFING AND SOLAR LLC**

**20-12823-mkn PETERSENDEAN HAWAII LLC**

**20-12824-mkn PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC.**

**20-12825-mkn PETERSENDEAN TEXAS, INC.**

**20-12826-mkn ROOFS 4 AMERICA, INC.**

**20-12827-mkn SOLAR 4 AMERICA, INC.**

**20-12829-mkn SONOMA ROOFING SERVICES, INC.**

**20-12831-mkn TRI-VALLEY SUPPLY, INC.**

**20-12833-mkn TD VENTURE FUND LLC**

Sarah Little
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


James Patrick Petersen
Tricia Yeh Petersen
603 Stanford Ave
Fremont, CA 94539


220 LALO PLACE LLC
C/O ELIZABETH E. STEPHENS & JAMES HILL
SULLIVAN HILL REZ & ENGEL
228 SOUTH FOURTH ST., FIRST FL
Las Vegas, NV 89101


220 LALO PLACE LLC
220 LALO ST, UNIT 1
Kahului, IL 96816


5050 TIMBER CREEK LLC
C/O ANDERSEN LAW FIRM, LTD.
RYAN AN. ANDERSEN
3199 E WARM SPRINGS RD, STE 400
LAS VEGAS, NV 89120


5050 TIMBER CREEK LLC
2 WESTMINSTER DR.
OAKLAND, CA 94618-1728


ABC SUPPLY COMPANY, INC.
ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C
ONE ABC PARKWAY
BELOIT, WI 53511


ACF FINCO I LP
560 WHITE PLAINS RD., SUITE 400
TARRYTOWN, NY 10591

ACF Finco I, LP


ACF FINCO LLP
C/O Gregory Garman/Willam Noall
Garman Turner Gordon
7251 Amigo St., Ste 210
Las Vegas, NV 89119


AD LEVERAGE
ATTN ANDREW PALOSI, PRESIDENT
1329 E. THOUSAND OAKS BLVD. SUITE 200
THOUSAND OAKS, CA 91362


ADR SERVICES
225 Broadway, Suite 1400
San Diego, CA 92101


AE - SCFL
ATTN MATTHEW HEIMANN, GCO
PO BOX 0001
LOS ANGELES, CA 90096-0001


AFS/IBEX
C/O WRIGHT, FINLAY & ZAK LLP
7785 W. Sahara Ave., Ste 200
Las Vegas, NV 89117


AFS/IBEX
C/O MILES & STOCKBRIDGE PC
100 Light St.
Baltimore, MD 21202


AFS/IBEX
A DIVISION OF METABANK
PO BOX 100045
PASADENA, CA 91189

AKERMAN, LLP
(ATTY FOR FIRST REPUBLIC BANK)
ATTN NATALIE L. WINSLOW, JAMIE K. COMBS
1635 VILLAGE CENTER CIR., STE 200
LAS VEGAS, NV 89134


Alameda County Tax Collector
Henry C. Levy
1221 Oak St, Rm 131
Oakland, CA 94612


ALPHA SUPPLY, LLC - MAUI BRANCH
ATTN DBA ALPHA ELECTRIC SUPPLY COMPANY
343 KEA STREET
KAILUA-KONA, HI 96732


AMERICAN BUILDERS & CONTR SUPPLY
C/O LARSON & ZIRZOW LLC
ATTN MATTHEW ZIRZOW
850 e. Bonneville Ave.
Las Vegas, NV 89101


AMERICAN BUILDERS & CONTR SUPPLY
ATTN JEFF ARMSTRONG, ASST GEN COUNSEL
ONE ABC PKWY STE 919
BELOIT, WI 53511-4466


AMERICAN BUILDERS & CONTRACTORS SUPPLY C
ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C
ONE ABC PARKWAY
BELOIT, WI 53511


AMERICAN EXPRESS
ATTN GREGORY E. GALTERIO, COUNSEL
P.O. BOX 650448
DALLAS, CA 75265


AMERICAN EXPRESS BANK, FSB
4315 S. 2700 W.
SALT LAKE CITY, UT 84184

American Honda Finance
Attn: National Bankruptcy Center
Po Box 166469
Irving, TX 75016


ANDERSEN LAW FIRM, LTD.
 (ATTY FOR WILLIAM T. PARTRIDGE, RSI INVE
ATTN RYAN A. ANDERSEN, ANI BIESIADA
3199 E WARM SPRINGS RD, STE 400
LAS VEGAS, NV 89120


ARC IMAGING RESOURCES
PO BOX 155
616 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754


ARGONAUT INSURANCE COMPANY
C/O LAW OFFICES OF DAVID JOHNSON PLLC
8712 Spanish Ridge Ave.
Las Vegas, NV 89148


ARGONAUT INSURANCE COMPANY
C/O JENNIFER L KNEELAND / WATT TIEDER...
1765 GREENSBORO STATION PL, STE 1000
MCLEAN, VA 22102-3468


ARIZONA SOLAR SOLUTIONS, LLC
DBA PREMIER SOLAR SOLUTIONS
ATTN ZACHARY ROSENBERG.
16807 N. CAVE CREEK ROAD
PHOENIX, AZ 85032


ARIZONA SOLAR SOLUTIONS, LLC, DBA PREMIE
C/O BRIAN IRVINE / DICKINSON WRIGHT
100 W LIBERTY ST, STE 940
RENO, NV 89501


ARROYO / LIVERMORE BUSINESS PARK, LP
C/O SCHWARTZER & MCPHERSON
2850 S. JONES BLVD., STE 1
LAS VEGAS`, NV 89146

Beachhead Roofing and Supply, Inc.
43575 Mission Blvd.#705
Fremont, CA 94539


BEACON SALES ACQUISITION, INC.
C/O HUTCHISON & STEFFEN PLLC
10080 W. ALTA DR., STE 200
LAS VEGAS, NV 89145


BEACON SALES ACQUISITION, INC.
C/O OFFIT KURMAN PA
7501 WISCONSIN AVE. STE 1000W
BETHESDA, MD 20814


BEACON SALES ACQUISITION, INC.
ATTN JULIAN G. FRANCIS, CEO
PO BOX 740914
PO BOX 740914
LOS ANGELES, CA 90074


BEAZER HOME HOLDINGS LLC
C/O HUTCHISON & STEFFEN PLLC
10080 W. ALTA DR., STE 200
LAS VEGAS, NV 89145


BEAZER HOME HOLDINGS LLC
C/O JAMES BATES BRANNAN GROOVER LLP
ATTN DOROTEYA WOZNIAK
3399 Peachtree Rd. NE Ste 1700
Atlanta, GA 30326


BEAZER HOMES TEXAS LP
C/O HUTCHISON & STEFFEN PLLC
10080 W. ALTA DR., STE 200
LAS VEGAS, NV 89145


BEAZER HOMES TEXAS LP
C/O JAMES BATES BRANNAN GROOVER LLP
ATTN DOROTEYA WOZNIAK
3399 Peachtree Rd. NE Ste 1700
Atlanta, GA 30326

BERRIDGE MFG. CO.
2015 CALIFORNIA CROSSING RD
DALLAS, TX 75303


BLUE WATER - DUPONT, LLC
C/O NEWMEYER & DILLION LLP
ATTN CHRISTOPHER CONNELLY, ESQ
895 DOVE STREET 5TH FL
NEWPORT BEACH, CA 92660-2999


BLUE WATER - DUPONT, LLC
1130 W TRENTON AVE
ORANGE, CA 92867-3536


BRANDYWINE HOMES
16580 ASTON
IRVINE, CA 92606


Brett Axelrod
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135


BROWN CONSTRUCTION INC .
C/O GORDON REES
ATTN: JEFFREY CAWDREY
101 WEST BROADWAY, SUITE 2000
San Diego, CA 92101


BROWN CONSTRUCTION INC .
PO BOX 980700
WEST SACRAMENTO, CA 95798-0700


BROWN RUDNICK, LLP
ATTY FOR OFF. UNSEC. CRED COMM.
ATTN CATHERINE M. CASTALDI.
2211 MICHELSON DRIVE , 7TH FL
IRVINE, CA 92612

BROWN RUDNICK, LLP
(ATTY FOR THE OFFICAL COMMITTEE
ATTN MAX D. SCHLAN.
SEVEN TIMES SQ.
NEW YORK, NY 10036


BROWNSTEIN HYATT FARBER SCHRECK, LLP
(ATTY FOR STERLING NATIONAL BANK)
ATTN CONNOR H. SHEA.
100 N. CITY PKWY, STE 1600
LAS VEGAS, NV 89106-4614


BUCHALTER, A PROFESSIONAL CORPORATION
(ATTY FOR ORACLE AMERICA, INC.)
ATTN SHAWN M. CHRISTIANSON.
55 SECOND ST, 17TH FL
SAN FRANCISO, CA 94105-3493


CACHE VALLEY ELECTRIC CO.
ATTN JIM LAUB, CEO
PO BOX 405
LOGAN, UT 84323-0405


CALIFORNIA BANK & TRUST
401 W. WHITTIER BLVD., SUITE 200
LA HABRA, CA 90631


CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
SPECIAL OPERATIONS BANKRUPTCY TEAM, MIC:
P.O. BOX 942879
SACRAMENTO, CA 94279-0074


California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


CALIFORNIA EQUIPMENT LEASING ASSOCIATION
39300 Civic Center Dr., Suite 300
Fremont, CA 94538

CALIFORNIA SELF INSURERS SECURITY FUND
c/o Louis J. Cisz, III
One Embarcadero Ctr. 32nd Fl.
San Francisco, CA 94111


CALIFORNIA SELF INSURERS SECURITY FUND
c/o Parsons Behle & Latimer
50 W. Liberty St., Ste 750
RENO, NV 89501


CALIFORNIA SELF INSURERS SECURITY FUND
c/o Richard Pedone
53 State St.
Boston, MA 02109


CANADIAN SOLAR (USA) INC.
12657 ALCOSTA BLVD. SUITE 130
SAN RAMON, CA 94583


CARLYON CICA CHTD.
ATTN DAWN M CICA.
265 E. WARM SPRINGS ROAD, SUITE 107
LAS VEGAS, NV 89119


CASTLE DEKKAR &BELLAGAMBA
30 Oak Ct.
Danville, CA 94526


CENTEX HOMES
7255 South Tenaya Way, Suite 200
Las Vegas, NV 89113


CITY VENTURES HOMEBUILDING LLC
3121 MICHELSON DR., STE 150
IRVINE, CA 92612

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155-1401


CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551220
LAS VEGAS, NV 89155-1220


COMDATA MASTERCARD PROGRAM
1001 SERVICE ROAD EAST HIGHWAY 190, SUIT
CHARLOTTE, LA 70433


CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN
DBA CED GREENTECH
ATTN KURT LASHER, PRESIDENT
P.O. BOX 847080
LOS ANGELES, CA 90084-7080


CURRENT POWER ELECTRIC, INC.
27537 COMMERCE CTR. DR. STE 203
TEMECULA, CA 92590


D.R. HORTON, INC.
DAVID JENNINGS, ESQ.
330 CAROUSEL PKWY
HENDERSON, NV 89014


David W. Lively
Hopkins & Carley, A Law Corp
70 S. First Street
San Jose, CA 95113


DAVIS, PICKREN, SEYDEL & SNEED, LLP
(ATTY FOR SRS DISTRIBUTION INC. D/B/A RO
2300 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA, GA 30303

DAWN M. CICA
CAROLYN CICA CHTD
265 E. WARM SPRINGS RD. STE 107
LAS VEGAS, CA 89119


DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713


DESERT FASTENERS INC. SOUTHWESTERN SUPPL
ATTN CJ POTTER
4170 W. HARMON AVE 4
LAS VEGAS, NV 89180


DESERT LUMBER DBA DESERT FASTENERS & SUP
ATTN DALE EGGERS, PRESIDENT
6680 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89118


DICKINSON WRIGHT PLLC
(ATTY FOR ARIZONA SOLAR SOLUTIONS, LLC,
PREMIER SOLAR SOLUTIONS)
100 WEST LIBERTY ST, STE 940
RENO, NV 89501


DINERS CLUB (2982)
ATTN THEODORE T. LEMBERIS
ASSISTANT GENERAL COUNSEL
PO BOX 5732
CAROL STREAM, IL 60197-5732


DINERS CLUB INTERNATIONAL LTD (4840)
ATTN THEODORE T. LEMBERIS
ASSISTANT GENERAL COUNSEL
PO BOX 5732
CAROL STREAM, IL 60197-5732

DIVERSIFIED PRODUCTS USA, LLC
ATTN ANISH SHAH
2727 W. SOUTHERN AVENUE SUITE 9
SUITE 9
TEMPE, AZ 85282


DJ ROOF AND SOLAR SUPPLY LLC
ATTN DARRELL PAYNE.
2009 ADMIRALS WAY
FT. LAUDERDALE, FL 33316


DLA PIPER LLP (US)
ATTN RAJIV DHARNIDHARKA
2000 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303-2215


DRY ROOFING LLC
ATTN JUAN CARLOS MIRANDA
7030 PETTYTOWN
RED ROCK, TX 78662


DURABLE STRUCTURES
PO BOX 541823
DALLAS, TX 75354


EARTHQUAKES SOCCER LLC
ATTN DAVE KAVAL
1123 COLEMAN AVE.
SAN JOSE, CA 95110


EDGEWOOD PARTNERS INSURANCE CENTER
ATTN NEIL COHN
3000 EXECUTIVE PARKWAY, SUITE 325
SAN RAMON, CA 94583


ELKINS KALT WEINTRAUB REUBEN GARTSIDE LL
(ATTY FOR ENTERPRISE FLEET MANAGEMENT, I
ATTN MICHAEL I. GOTTFRIED.
10345 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064

EMERGENCY ROADSIDE ASSISTANCE INC.
ATTN MARK CRAM
2771 N. NELLIS BLVD
LAS VEGAS, NV 89115


Employment Development Dept
MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


ENGLERT INC.
ATTN KENNETH KRAWCHECK, CEO
P.O. BOX 780695
PHILADELPHIA, PA 19178-0695


ENTERPRISE FLEET MANAGEMENT, INC.
ATTN BRICE ADAMSON, VP
C/O CORPORATION SYSTEM
701 S. CARSON ST, SUITE 200
CARSON CITY, NV 89701


FARELLA BRAUN MARTEL LLP
ATTN TYLER C GERKING
235 MONTGOMERY ST., 17TH FL.
SAN FRANCISCO, CA 94104


FENCES 4 AMERICA, INC.
2201 WALNUT AVE., SUITE 310
FREMONT, CA 94538


FENNEMORE CRAIG, P.C.
(ATTY FOR LS DE, LLC & LSQ FUNDING GRP L
ATTN THOMAS H. FELL
300 S. FOURTH ST, STE 1400
LAS VEGAS, NV 89101


FINANCIAL FEDERAL CREDIT
1300 POST OAK BLVD., SUITE 1300
HOUSTON, TX 77056

FINESTONE HAYES LLP
(ATTY FOR PELL DEVELOPMENT COMPANY, INC.
ATTN STEPHEN D. FINESTONE.
456 MONTGOMERY ST, 20TH FL
SAN FRANCISO, CA 94014


FIRST HAWAIIAN BANK
20 W. KAAHUMANU AVE.
KAHULUI, HI 96732


First Republic Bank
111 Pine Street
11th Floor
San Francisco, CA 94111


FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952


FRANCHISE TAX BOARD
300 SOUTH SPRING STREET
SUITE 5704
LOS ANGELES, CA 90013


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


FRANDZEL ROBINS BLOOM & CSATO, L.C.
(ATTY FOR ZIONS BANCORPORATION,
ATTN MICHAEL G FLETCHER,GERRICK M. WARRI
1000 WILSHIRE BLVD,19TH FLOOR
LOS ANGELES, CA 90017-2427


GARMAN TURNER GORDON LLP
(ATTY FOR ACF FINCO I PL)
ATTN GREGORY E. GARMAN, WILLIAM M. NOALL
7251 AMIGO STREET, STE 210
LAS VEGAS, NV 89119

```
GOLDEN STATE LUMBER, INC.
ATTN: BRIAN P. HEDSTROM
855 LAKEVILLE ST, SUITE 200
PETALUMA, CA 94952


GONSALVES & KOZACHENKO
(ATTY FOR WASHINGTON TWP HEALTH CARE DIS
ATTN PAUL KOZACHENKO, NICHOLAS KOZACHENK
2201 WALNUT AVE, #220
FREMONT, CA 94538


GORDON REES SCULLY MANSUKHANI, LLP
(ATTY FOR SERVICE FINANCE COMPANY, LLC)
ATTN ROBERT S. LARSEN., KAREN KAO.
300 SO. 4TH ST, STE 1550
LAS VEGAS, NV 89101


GREENE INFUSO, LLP
(ATTY FOR CREDITOR JOHN MOURIER
ATTN JAMES D. GREENE.
3030 S. JONES BLVD., STE 101
LAS VEGAS, NV 89146


GRIFFITH DAVISON, P.C.
(ATTY FOR RAMPART CONSTRUCTION CO. RAMPA
ATTN AARON T. CAPPS
13737 NOEL RD. STE 850
DALLAS, TX 75240


GULF COAST SUPPLY & MANUFACTURING
ATTN MIKE VAZQUEZ
REGIONAL SALES MANAGER - COMMERCIAL
14429 SW 2ND PLACE, SUITE G-30
NEWBERRY, FL 32669


H&E EQUIPMENT SERVICES, INC.
ATTN LEVI BLAINE
PO BOX 849850
DALLAS, TX 75284
```

```
HAMMERMAN & HULTGREN, P.C.
ATTN STANLEY M. HAMMERMAN
3101 N. CENTRAL AVE, STE. 1030
PHOENIX, AZ 85012


HARLEY ROOFING
ATTN VAUGHN STENIS
24926 TRIBECA LANE
KATY, TX 77493


HARRISON & MOBERLY, LLP
(ATTY FOR THOMPSON THRIFT CONSTRUCTION,
ATTN DAVID J. THEISING
10 W. MARKET ST, STE 700
INDIANAPOLIS, IN 46204


HEFBER, STARK & MAROIS, LLP
(ATTY FOR INNOVA FUND I, LLC, ET, AL.)
ATTN HOWARD S, NEVINS
2150 RIVER PLAZA, STE 450
SACRAMENTO, CA 95833-4136


HIGH TRAK EQUIPMENT CO., INC.
4238 LOZANO LN.
SUISUN CITY, CA 94585


HIGHMORE
ATTN DIPAK P. JOGIA
1100 PEACHTREE ST. NE, SUITE 1100
ATLANTA, GA 30309


HILDA RAMOS
C/O KAEMPFER CROWELL
ATTN; LOUIS BUBALA, III
50 W. LIBERTY ST., STE 700
RENO, NV 89501
```

HOLLEY DRIGGS
ATTY FOR ZIONS BANCORPORATION,
ATTN RICHARD F. HOLLEY
400 S. FOURTH ST, THIRD FL
LAS VEGAS, NV 89101


HOME DEPOT CREDIT SERVICES
PO BOX 78047
PHOENIX, AZ 85062


HOPKINS & CARLEY
(ATTY FOR INDEPENDENT ELECTRIC SUPPLY AN
ATTN MONIQUE D. JEWETT-BREWSTER
70 S 1ST STREET
SAN JOSE, CA 95113


HUMPHREY LAW PLLC
(COUNSEL FOR SOMERSET CHASE HOMEOWNERS A
ATTN: L. EDWARD HUMPHREY
201 W LIBERTY ST, SUITE 350
RENO, NV 89501


HUTCHISON & STEFFEN, PLLC
(ATTY FOR BEACON ROOFING)
ATTN MICHAEL R BROOKS.
10080 W. ALTA DR. STE 200
LAS VEGAS, NV 89145


HUTCHISON & STEFFEN, PLLC
(ATTY FOR BEAZER HOMES TEXAS, L.P. & BEA
ATTN BRENOCH R. WIRTHLIN
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145


HYG FINANCIAL SERVICES, INC.
P.O. BOX 35701
BILLINGS, MT 59107


HYG FINANCIAL SERVICES, INC.
30 MAIN STREET
DANBURRY, CT 06810

HYG FINANCIAL SERVICES, INC.
801 ADLAI
BILLINGS, MT 59107


IB ROOF SYSTEMS, INC.
ATTN JASON STANLEY, CEO
8181 JETSTAR DRIVE, SUITE 150
IRVING, CA 75063


INDEPENDENT ELECTRIC SUPPLY INC.
ATTN KRIS BEAUCHMAN
2001 MARINA BLVD.
SAN LEANDRO, CA 94577


Independent Electric Supply, Inc.
& OneSource Distributors, LLC


INTER ISLAND SOLAR SUPPLY
ATTN BRIAN GOLD, PRESIDENT
761 AHUA STREET
HONOLULU, HI 96819


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
2970 MARKET STREET
PHILADELPHIA, PA 19104

Internal Revenue Service
Insolvency Remittance
PO Box 7346
Philadelphia, PA 19101-7346


JAMES PETERSON INDUSTRIES, INC.
2201 WALNUT AVE., SUITE 310
FREMONT, CA 94538


JAMES, BATES, BRANNAN, GROOVER, LLP
(ATTY FOR BEAZER HOMES TEXAS, L.P. & BEA
ATTN DOROTEYA N. WOZNIAK
3399 PEACHTREE ROAD NE, SUITE 1700
ATLANTA, GA 30326


JC CUSTOM ROOFING INC.
ATTN DEREK HINNERS
3450 ALEMEDA STREET, SUITE 339
FORT WORTH, TX 76126


JENNINGS, STROUSS & SALMON, P.L.C.
(ATTY FOR HANOVER INSURANCE COMPANY)
ATTN: PATRICK F. WELCH
ONE EAST WASHINGTON, STE 1900
PHOENIX, AZ 85004-2554


JOLLEY URGA WOODBURY & HOLTHUS
(ATTY FOR DRY CREEK BUSINESS PARK, LLC
MIG REAL ESTATE, LLC AND MIG REAL ESTATE
330 S. RAMPART BLVD., STE 380
LAS VEGAS, NV 89145


JR METAL EXPRESS, INC.
ATTN DANIEL LOPRESTO,OWNER
4620 MITCHELL STREET, SUITE A
N. LAS VEGAS, NV 89081


KB HOME COASTAL, INC.
36310 INLAND VALLEY DR.
WILDOMAR, CA 92595

KEY EQUIPMENT FINANCE
1000 S. MCCASLIN BLVD.
SUPERIOR, CO 80027


KEYBANK NATIONAL ASSOCIATION
ATTN: BANKRUPCTY DEPT
4910 TIEDEMAN RD
BROOKLYN, OH 44144


KEYSTONE EQUIPMENT FINANCE CORP.
433 NEW PARK AVE.
WEST HARTFORD, CT 06110


KOELLER, NEBEKER, CARLSON HALUCK
ATTY FOR D.R. HORTON INC
300 4TH ST. STE 500
LAS VEGAS, NV 89101


LARSON & ZIRZOW, LLC
(ATTY FOR AMERICAN BUILDERS &
CONTRACTORS SUPPLY CO., INC., D/B/A ABC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101


LAW OFFICE OF BRIAN D. SHAPIRO, LLC
(ATTY FOR RAMPART CONSTRUCTION COMPANY,
ATTN BRIAN D. SHAPIRO.
510 S. 8TH ST
LAS VEGAS, NV 89101


LAW OFFICE OF STEVEN L. BRYSON
(ATTY FOR LENORE KING (CREDITOR))
ATTN STEVEN L. BRYSON
11150 W. OLYMPIC BLVD. STE 1120
LOS ANGELES, CA 90064


LAW OFFICES OF AMY N. TIRRE
(ATTY FOR RYAN GARCIA)
ATTN AMY N. TIRRE.
3715 LAKESIDE DR. STE A
RENO, NV 89509

LAW OFFICES OF AMY N. TIRRE
(ATTY FOR MARIA MELO AND MANUEL MELO)
ATTN AMY N. TIRRE.
3715 LAKESIDE DR. STE A
RENO, NV 89509


LCA BANK CORPORATION
1375 DEER VALLEY DR., SUITE 218
PARK CITY, UT 84060


LEISURE TOWN HOME ASSOCIATION
C/O HOUMAN LAW FIRM LTD
9205 W. RUSSELL RD. BLDG 3, STE 240
LAS VEGAS, NV 89148


LEVINSON, ARSHONSKY & KURTZ LLP
ATTN: STEVEN KURTZ
ATTORNEY FOR LSQ FUNDING GROUP
15303 VENTURA BLVD., STE 1650
SHERMAN OAKS, CA 91403


LEWIS ROCA ROTHGERBER CHRISTIE LLP
(ATTY FOR THOMPSON THRIFT)
ATTN OGONNA M. BROWN.
3993 HOWARD HUGHES PKWY, SUITE 600
LAS VEGAS, NV 89169-5996


LEWIS ROCA ROTHGERBER CHRISTIE LLP
(ATTY FOR LAGUNA COUNTRY MART, LTD)
ATTN ROBERT M CHARLES
3993 HOWARD HUGHEST PARKWAY, SUITE 600
LAS VEGAS, NV 89169


LITTLER MENDELSON, P.C.
ATTN GREGORY ISKANDER.
2301 MCGEE STREET, 8TH FLOOR
KANSAS CITY, MO 64108

LS DE, LLC
ATTN RICHARD LEE
315 E. ROBINSON ST, SUITE 200
ORLANDO, FL 32801


MCDONALD CARNANO LLP
 (ATTY FOR LEAF CAPITAL FUNDING, LLC)
ATTN: RYAN J. WORKS. AMANDA M. PERACH.
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102


MCRAY CRANE & RIGGING, INC.
ATTN DANIEL AND VICKIE MCRAY
8431 MOSLEY RD
HOUSTON, TX 77075


MORRITT HOCK & HAMROFF LLP
 (ATTY FOR STERLING NATIONAL BANK)
ATTN THERESA A DRISCOLL
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530


MOYE WHITE LLP
 (ATTY FOR DRY CREEK BUSINESS PARK, LLC,
ATTN TIMOTHY M SWANSON, VIKRAMA S CHANDR
1400 16TH ST, 6TH FLOOR
DENVER, CO 80202-1486


NATIONAL SUPPLY LLC
2435 SW 32ND AVE
PEMBROKE PARK, FL 33023


NB HANDY COMPANY
ATTN ROSANA CHAIDEZ - PRESIDENT
P.O. BOX 11407, DEPT. 1653
BIRMINGHAM, AL 35246-1653


NEVADA DEPARTMENT OF TAXATION, BANKRUPTC
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101

NEWMEYER & DILLION LLP
(ATTY FOR BLUE WATER - DUPONT, LLC)
ATTN J. NATHAN OWENS.
3800 HOWARD HUGHES PKWY, STE 700
LAS VEGAS, NV 89169


NEWMEYER & DILLION LLP
(ATTY FOR CENTEX HOMES)
ATTN J. NATHAN OWENS.
3800 HOWARD HUGHES PKWY, STE 700
LAS VEGAS, NV 89169


OFFIT KURMAN, P.A.
(ATTY FOR BEACON SALES ACQUISITION, INC.
ATTN STEPHEN A METZ.
4800 MONTGOMERY LANE, 9TH FLOOR
BETHESDA, MD 20814


ONESOURCE DISTRIBUTORS LLC
ATTN MIKE SMITH, PRESIDENT
P.O. BOX 740527
LOS ANGELES, CA 90074-0527


ONESOURCE DISTRIBUTORS LLC
ATTN MIKE SMITH, PRESIDENT
2846 AWAAWALOA STREET
HONOLULU, HI 96819


OUTLINE PRODUCTS LLC
ATTN MICHAEL MODICA
2009 ADMIRALS WAY
FORT LAUDERDALE, FL 33316


PAYNE & FEARS LLP
ATTY FOR CITY VENTURES HOMEBUILDING LLC
ATTN SARAH J. ODIA.
6385 S. RAINBOW BLVD., STE 220
LAS VEGAS, NV 89118

PD SOLAR, INC.
39300 Civic Center Dr., Suite 300
FREMONT, CA 94538


PEOPLES UNITED EQUIPMENT FINANCE CORP.
1936 E. DEERE AVE., SUITE 210
SANTA ANA, CA 92705


PETER J ROBERTS
COZEN O'CONNOR
123 NO WACKER DR, STE 1800
Chicago, IL 60606


PETERSEN ALUMINUM CORPORATION
ATTN MIKE PETERSEN, PRESIDENT
10551 PAC ROAD
TYLER, TX 75707


PETERSEN ROOF AND SOLAR LLC
39300 Civic Center Dr., Suite 300
FREMONT, CA 94538


PETERSEN ROOFING AND SOLAR SYSTEMS, INC.
8535 W. BAYMEADOWS RD., SUITE 58
JACKSONVILLE, FL 32256


PETERSEN-DEAN INC.
39300 Civic Center Dr., Suite 300
FREMONT, CA 94538


PETERSENDEAN HAWAII LLC
1750 KALAKAUA AVE. SUITE 594
HONOLULU, CA 96826

PETERSENDEAN TEXAS, INC.
14713 JERSEY SHORE DR.
HOUSTON, TX 77047


RANDICK O'DEA TOOLIATOS VERMONT & SARGEN
(ATTY FOR WALOVICH ARCHITECTS GROUP, INC
ATTN PHILLIP G VERMONT.
5000 HOPYARD RD, STE 225
PLEASANTON, CA 94588


RED ROSE, INC.
4530 N. WALNUT ROAD
N. LAS VEGAS, NV 89081


ROOFS 4 AMERICA, INC.
2201 WALNUT AVE., SUITE 310
FREMONT, CA 94538


RSI ROOFERS SUPPLY INC.
ATTN DARREN BREAUX
3359 S 500 W
SALT LAKE CITY, UT 84115-4201


SCHOLEFIELD, P.C
(ATTY FOR INDEPENDENT ELECTRIC SUPPLY AN
ATTN PAMELA J. SCHOLEFIELD
13475 DANIELSON STREET, SUITE 100
POWAY, CA 92064


SCHWARTZ LAW, PLLC
ATTY FOR OFF. UNSEC. CRED COMM.
ATTN SAMUEL A. SCHWARTZ.
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101


SCHWARTZER & MCPHERSON LAW FIRM
(ATTY FOR PELL DEVELOPMENT COMPANY, INC.
ATTN JEANETTE E. MCPHERSON,
2850 S. JONES BLVD, STE 1
LAS VEGAS, NV 89146-0122

SERVICE FINANC COMPANY, LLC
555 S. FEDERAL HWY, #200
Boca Raton, FL 33432


SG WHOLESALE ROOFING SUPPLIES
ATTN TODD KURTEN
1101 E. 6TH STREET
SANTA ANA, CA 92701


SHEA LARSEN
(ATTY FOR DURABLE STRUCTURES, LTD.)
ATTN JAMES PATRICK SHEA, BART K LARSEN
1731 VILLAGE CENTER CIRCLE, STE 150
LAS VEGAS, NV 89134


SHEA LARSEN
(ATTY FOR SILFAB SOLAR USA INC.)
ATTN: JAMES PATRICK SHEA & BART K. LARSE
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134


SHERPAPORT, LLC DBA GENUINE ROOF SUPPLY
ATTN D. HUDSON
2009 ADMIRALS WAY
FT. LAUDERDALE, FL 33316


SILFAB SOLAR USA, INC.
ATTN PAOLO MACCARIO, PRESIDENT & CEO
50 FOUNTAIN PLAZA, UNIT 1400
BUFFALO, NY 14202


SILR LLC
ATTN SANTIAGO LOPEZ RODRIGO
705 ARLENE DRIVE
DELTONA, FL 32725


SMART ERP SOLUTIONS, INC.
ATTN RAGHAVENDRA BHAT YELLURU
4683 CHABOT DR, SUITE 380
PLEASANTON, CA 94588

SNELL & WILMER L.L.P.
(ATTY FOR TM HOMES OF AZ)
ATTN ROBERT R. KINAS, BLAKELEY E. GRIFFI
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169


SNELL & WILMER L.L.P.
(ATTY FOR TAYLOR MORRISON COMMUNITIES, I
ATTN ROBERT R. KINAS, BLAKELEY E. GRIFFI
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169


SNELL & WILMER L.L.P.
(ATTY FOR J.F. SHEA CO., INC, WASHINGTON
ATTN ROBERT R. KINAS,BLAKELEY E. GRIFFIT
3883 HOWARD HUGHES PWKY, STE 1100
LAS VEGAS, NV 89169


SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE REGIONAL CHIEF COUNSEL, RE
160 SPEAR STREET, SUITE 800
SAN FRANCISCO, CA 94105-1545


SOLAR 4 AMERICA, INC.
39300 Civic Center Dr., Suite 300
FREMONT, CA 94538


SOLARWORLD AMERICAS, INC.
C/O JAMES PATRICK SHEA
1731 VILLAGE CENTER CIR. SUITE 150
LAS VEGAS, NV 89134


SOLARWORLD AMERICAS, INC.
C/O EUGENE GEEKIE
161 NORTH CLARK ST. STE 4200
CHICAGO, IL 60601


SOMBRILLA ROOFING, LLC
3612 SW 23RD ST
FT. LAUDERDALE, FL 33312

SONOMA ROOFING SERVICES, INC.
39300 Civic Center Dr., Suite 300
FREMONT, CA 94583


SOUTHERN COUNTIES OIL CO, LP DBA SC FUEL
ATTN ROBERT BOLLAR
1800 W KATELLA SUITE 400
ORANGE, CA 92863


SRS DISTRIBUTION, INC.
DBA ROOFLINE SUPPLY & DELIVERY
ATTN CAROL BRANCH
5900 S. LAKE FOREST DR., SUITE 400
MCKINNEY, TX 75070


STEARNS BANK, N.A.
500 13TH ST.
ALBANY, MN 56307


STERLING
ATTN GREG GENTRY AND MICHAEL HADDAD
1100 PEACHTREE ST. NE, SUITE 1100
ATLANTA, GA 30309


STRATEGIC CONSTRUCTION LTD
C/O HOLLAND & HART LLP
9555 HILLWOOD DR. 2ND FL
LAS VEGAS, NV 89134


SULLIVAN HILL REZ & ENGEL
(ATTY FOR HALAWA HOUSE OF THE SUN LLC)
ATTN ELIZABETH E. STEPHENS
228 S. FOURTH ST, FIRST FL
LAS VEGAS, NV 89101


SULLIVAN HILL REZ & ENGEL
(ATTY FOR JAMES WHITCOMB)
ATTN ELIZABETH E. STEPHENS
228 S. FOURTH ST, FIRST FL
LAS VEGAS, NV 89101

SULLIVAN HILL REZ & ENGEL
(ATTY FOR HALAWA HALEAKALA SOLAR,INC)
ATTN ELIZABETH E. STEPHENS
228 S. FOURTH ST, FIRST FL
LAS VEGAS, NV 89101


SUNBELT RENTALS, INC.
ATTN BRENDAN HORGAN, CEO
P.O. BOX 409211
ATLANTA, GA 30384


SYLVESTER & POLEDNAK, LTD.
(ATTY FOR ICON RENO PROPERTY OWNER POOL
ATTN ALLYSON R. NOTO.
1731 VILLAGE CENTER CIR
LAS VEGAS, NV 89134


SYNERGY RENTS LLC
ATTN ELLIOT PRIGOZEN, PRESIDENT
2990 PONCE DE LEON BLVD, SUITE 500
CORAL GABLES, FL 33134


TARGRAY TECHNOLOGY INTERNATIONAL, INC.
ATTN ANNIE GALARNEAU, GC
18105 ROUTE TRANSCANADIENNE
KIRKLAND, QC H9J 3Z4


TD VENTURE FUND LLC
43575 Mission Blvd.#705
FREMONT, CA 94539


TESLA, INC.
ATTN JONATHAN BUTLER, DEPUTY GENERAL COU
3055 CLEARVIEW WAY
SAN MATEO, CA 94402


TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
ROOM 556
101 E. 15TH STREET
AUSTIN, TX 78778-0001

THOMAS E. CROWE PROFESSIONAL LAW CORP.
ATTY FOR CURRENT POWER ELECTRIC
2380 S. JONES BLVD, STE 3
LAS VEGAS, NV 89146


TM HOMES OF ARIZON
4900 N. SCOTTSDALE RD. STE 2000
3
SCOTTSDALE, AZ 85215


TRADERIVER
ATTN CHUCK BRAZIER
10631 N KENDALL DRIVE, SUITE 1204,
MIAMI, FL 33176


TRI-VALLEY SUPPLY, INC.
39300 Civic Center Dr., Suite 300
FREMONT, CA 94538


U.S. TRUSTEE  - LV-11
300 LAS VEGAS BLVD., STE 4300
LAS VEGAS, NV 89101


UCCS
1180 AVE OF THE AMERICAS 8TH FL
NEW YORK, NY 10036


UNITED RENTALS (NORTH AMERICA), INC.
ATTN YIONA JEAN ISAACSON
P.O. BOX 51122
LOS ANGELES, CA 90074-1122


UNITED STATES ATTORNEY'S OFFICE
ATTN: CIVIL PROCESS CLERK
501 LAS VEGAS BLVD. SOUTH, SUITE 1100
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD. SOUTH #4300
LAS VEGAS, NV 89101


VAR RESOURCES LLC
2005 MARKET ST. FL. 14TH
PHILADELPHIA, PA 19103


WDS GP INC.
C/O LEE LANDRUM CARLSON
7575 VEGAS DR. STE 150
LAS VEGAS, NV 89128


WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,
 (ATTY FOR FREESE JOHNSON LLC)
ATTN MATTHEW I. KRAMER.
6385 S. RAINBOW BLVD., STE 400
LAS VEGAS, NV 89118


WELLS FARGO BANK, N.A.
300 TRI STATE INTL., SUITE 400
LINCOLNSHIRE, IL 60069


WELLS FARGO BANK, NA
PO BOX 3072
CEDAR RAPIDS, IA 52406-3072


WELLS FARGO BANK, NA
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104


WELLS FARGO FINANCIAL LEASING, INC.
800 WALNUT ST.
DES MOINES, IA 50309

```
WEX
ATTN MELISSA SMITH, CEO & PRESIDENT
33548 TREASURY CENTER
CHICAGO, IL 60694-3500


WILLIAM FERNANDEZ TRUCKING
ATTN CFO
5404 ROCK CREEK LANE
LAS VEGAS, NV 89130


WILSON HOMES, INC.
C/O KAEMPFER CROWELL
50 LIBERTY ST., STE 700
RENO, NV 89501


WOODSIDE 05N, LP
C/O LEE LANDRUM CARLSON
7575 VEGAS DR. STE 150
LAS VEGAS, NV 89128


WRIGHT, FINLAY & ZAK, LLP
 (ATTY FOR SECURED CREDITOR, AFS/IBEX, A
ATTN RAMIR M. HERNANDEZ.
7785 W. SAHARA AVE., STE. 200
LAS VEGAS, NV 89117


WSP USA BUILDINGS INC.
ATTN MATT GALLO
4139 OREGON PIKE
EPHRATA, PA 17522


Y ESPINAL ROOFING LLC
20931 FOX CLIFF LN.
HUMBLE, TX 77338


ZB, N.A. DBA CALIFORNIA BANK & TRUST
456 MONTGOMERY ST., SUITE 2300
SAN FRANCISCO, CA 94104
```