| | |
|---|---|
| In re: | Case No. 20-41626-WJL |
| James Patrick Petersen | Chapter 7 |
| Tricia Yeh Petersen | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-4 | User: krose | Page 1 of 8 |
| Date Rcvd: Oct 09, 2020 | Form ID: 309B | Total Noticed: 243 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Patrick Petersen, Tricia Yeh Petersen, 603 Stanford Ave, Fremont, CA 94539-6837 |
| smg | + | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| ust | + | Office of the U.S. Trustee/Oak, Office of the United States Trustee, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| 15221525 | + | 220 LALO PLACE LLC, C/O ELIZABETH E. STEPHENS & JAMES HILL, SULLIVAN HILL REZ & ENGEL, 228 SOUTH FOURTH ST., FIRST FL, Las Vegas, NV 89101-5705 |
| 15221526 | + | 220 LALO PLACE LLC, 220 LALO ST, UNIT 1, Kahului, IL 96732-2929 |
| 15221528 | | 5050 TIMBER CREEK LLC, 2 WESTMINSTER DR., OAKLAND, CA 94618-1728 |
| 15221527 | + | 5050 TIMBER CREEK LLC, C/O ANDERSEN LAW FIRM, LTD., RYAN AN. ANDERSEN, 3199 E WARM SPRINGS RD, STE 400, LAS VEGAS, NV 89120-3150 |
| 15221530 | + | ACF FINCO I LP, 560 WHITE PLAINS RD., SUITE 400, TARRYTOWN, NY 10591-5176 |
| 15221532 | + | ACF FINCO LLP, C/O Gregory Garman/Willam Noall, Garman Turner Gordon, 7251 Amigo St., Ste 210, Las Vegas, NV 89119-4302 |
| 15221533 | + | AD LEVERAGE, ATTN ANDREW PALOSI, PRESIDENT, 1329 E. THOUSAND OAKS BLVD. SUITE 200, THOUSAND OAKS, CA 91362-6263 |
| 15221534 | + | ADR SERVICES, 225 Broadway, Suite 1400, San Diego, CA 92101-5017 |
| 15221535 | | AE - SCFL, ATTN MATTHEW HEIMANN, GCO, PO BOX 0001, LOS ANGELES, CA 90096-0001 |
| 15221537 | + | AFS/IBEX, C/O MILES & STOCKBRIDGE PC, 100 Light St., Baltimore, MD 21202-1036 |
| 15221538 | + | AFS/IBEX, A DIVISION OF METABANK, PO BOX 100045, PASADENA, CA 91189-0003 |
| 15221536 | + | AFS/IBEX, C/O WRIGHT, FINLAY & ZAK LLP, 7785 W. Sahara Ave., Ste 200, Las Vegas, NV 89117-2789 |
| 15221539 | + | AKERMAN, LLP, (ATTY FOR FIRST REPUBLIC BANK), ATTN NATALIE L. WINSLOW, JAMIE K. COMBS, 1635 VILLAGE CENTER CIR., STE 200, LAS VEGAS, NV 89134-6375 |
| 15221541 | + | ALPHA SUPPLY, LLC - MAUI BRANCH, ATTN DBA ALPHA ELECTRIC SUPPLY COMPANY, 343 KEA STREET, KAILUA-KONA, HI 96732-1370 |
| 15221543 | | AMERICAN BUILDERS & CONTR SUPPLY, ATTN JEFF ARMSTRONG, ASST GEN COUNSEL, ONE ABC PKWY STE 919, BELOIT, WI 53511-4466 |
| 15221542 | | AMERICAN BUILDERS & CONTR SUPPLY, C/O LARSON & ZIRZOW LLC, ATTN MATTHEW ZIRZOW, 850 e. Bonneville Ave., Las Vegas, NV 89101-7031 |
| 15221544 | | AMERICAN BUILDERS & CONTRACTORS SUPPLY C, ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C, ONE ABC PARKWAY, BELOIT, WI 53511-4466 |
| 15221548 | | ANDERSEN LAW FIRM, LTD., ATTY FOR WILLIAM T. PARTRIDGE, RSI INVE, ATTN RYAN A. ANDERSEN, ANI BIESIADA, 3199 E WARM SPRINGS RD, STE 400, LAS VEGAS, NV 89120-3150 |
| 15221549 | + | ARC IMAGING RESOURCES, PO BOX 155, 616 MONTEREY PASS ROAD, MONTEREY PARK, CA 91754-2419 |
| 15221550 | + | ARGONAUT INSURANCE COMPANY, C/O LAW OFFICES OF DAVID JOHNSON PLLC, 8712 Spanish Ridge Ave., Las Vegas, NV 89148-1391 |
| 15221551 | | ARGONAUT INSURANCE COMPANY, C/O JENNIFER L KNEELAND / WATT TIEDER..., 1765 GREENSBORO STATION PL, STE 1000, MCLEAN, VA 22102-3468 |
| 15221552 | + | ARIZONA SOLAR SOLUTIONS, LLC, DBA PREMIER SOLAR SOLUTIONS, ATTN ZACHARY ROSENBERG., 16807 N. CAVE CREEK ROAD, PHOENIX, AZ 85032-2505 |
| 15221553 | + | ARIZONA SOLAR SOLUTIONS, LLC, DBA PREMIE, C/O BRIAN IRVINE / DICKINSON WRIGHT, 100 W LIBERTY ST, STE 940, RENO, NV 89501-1991 |
| 15221554 | + | ARROYO / LIVERMORE BUSINESS PARK, LP, C/O SCHWARTZER & MCPHERSON, 2850 S. JONES BLVD., STE 1, LAS |

| | | |
|---|---|---|
| | | VEGAS , NV 89146-5640 |
| 15221540 | + | Alameda County Tax Collector, Henry C. Levy, 1221 Oak St, Rm 131, Oakland, CA 94612-4285 |
| 15221557 | + | BEACON SALES ACQUISITION, INC., C/O OFFIT KURMAN PA, 7501 WISCONSIN AVE. STE 1000W, BETHESDA, MD 20814-6604 |
| 15221558 | + | BEACON SALES ACQUISITION, INC., ATTN JULIAN G. FRANCIS, CEO, PO BOX 740914, PO BOX 740914, LOS ANGELES, CA 90074-0914 |
| 15221556 | + | BEACON SALES ACQUISITION, INC., C/O HUTCHISON & STEFFEN PLLC, 10080 W. ALTA DR., STE 200, LAS VEGAS, NV 89145-8724 |
| 15221559 | + | BEAZER HOME HOLDINGS LLC, C/O HUTCHISON & STEFFEN PLLC, 10080 W. ALTA DR., STE 200, LAS VEGAS, NV 89145-8724 |
| 15221560 | + | BEAZER HOME HOLDINGS LLC, C/O JAMES BATES BRANNAN GROOVER LLP, ATTN DOROTEYA WOZNIAK, 3399 Peachtree Rd. NE Ste 1700, Atlanta, GA 30326-1151 |
| 15221561 | + | BEAZER HOMES TEXAS LP, C/O HUTCHISON & STEFFEN PLLC, 10080 W. ALTA DR., STE 200, LAS VEGAS, NV 89145-8724 |
| 15221562 | + | BEAZER HOMES TEXAS LP, C/O JAMES BATES BRANNAN GROOVER LLP, ATTN DOROTEYA WOZNIAK, 3399 Peachtree Rd. NE Ste 1700, Atlanta, GA 30326-1151 |
| 15221563 | + | BERRIDGE MFG. CO., 2015 CALIFORNIA CROSSING RD, DALLAS, TX 75220-2309 |
| 15221565 | | BLUE WATER - DUPONT, LLC, 1130 W TRENTON AVE, ORANGE, CA 92867-3536 |
| 15221564 | | BLUE WATER - DUPONT, LLC, C/O NEWMEYER & DILLION LLP, ATTN CHRISTOPHER CONNELLY, ESQ, 895 DOVE STREET 5TH FL, NEWPORT BEACH, CA 92660-2999 |
| 15221566 | + | BRANDYWINE HOMES, 16580 ASTON, IRVINE, CA 92606-4805 |
| 15221568 | + | BROWN CONSTRUCTION INC ., C/O GORDON REES, ATTN: JEFFREY CAWDREY, 101 WEST BROADWAY, SUITE 2000, San Diego, CA 92101-8221 |
| 15221569 | | BROWN CONSTRUCTION INC ., PO BOX 980700, WEST SACRAMENTO, CA 95798-0700 |
| 15221570 | + | BROWN RUDNICK, LLP, ATTY FOR OFF. UNSEC. CRED COMM., ATTN CATHERINE M. CASTALDI., 2211 MICHELSON DRIVE , 7TH FL, IRVINE, CA 92612-1384 |
| 15221571 | + | BROWN RUDNICK, LLP, ATTY FOR THE OFFICAL COMMITTEE, ATTN MAX D. SCHLAN., SEVEN TIMES SQ., NEW YORK, NY 10036-6524 |
| 15221572 | | BROWNSTEIN HYATT FARBER SCHRECK, LLP, ATTY FOR STERLING NATIONAL BANK), ATTN CONNOR H. SHEA., 100 N. CITY PKWY, STE 1600, LAS VEGAS, NV 89106-4614 |
| 15221573 | | BUCHALTER, A PROFESSIONAL CORPORATION, ATTY FOR ORACLE AMERICA, INC.), ATTN SHAWN M. CHRISTIANSON., 55 SECOND ST, 17TH FL, SAN FRANCISO, CA 94105-3493 |
| 15221555 | + | Beachhead Roofing and Supply, Inc., 43575 Mission Blvd.#705, Fremont, CA 94539-5831 |
| 15221567 | + | Brett Axelrod, Fox Rothschild LLP, 1980 Festival Plaza Dr., Ste 700, Las Vegas, NV 89135-2961 |
| 15221574 | | CACHE VALLEY ELECTRIC CO., ATTN JIM LAUB, CEO, PO BOX 405, LOGAN, UT 84323-0405 |
| 15221575 | + | CALIFORNIA BANK & TRUST, 401 W. WHITTIER BLVD., SUITE 200, LA HABRA, CA 90631-3793 |
| 15221578 | + | CALIFORNIA EQUIPMENT LEASING ASSOCIATION, 39300 Civic Center Dr., Suite 300, Fremont, CA 94538-2337 |
| 15221579 | + | CALIFORNIA SELF INSURERS SECURITY FUND, c/o Louis J. Cisz, III, One Embarcadero Ctr. 32nd Fl., San Francisco, CA 94111-3602 |
| 15221580 | + | CALIFORNIA SELF INSURERS SECURITY FUND, c/o Parsons Behle & Latimer, 50 W. Liberty St., Ste 750, RENO, NV 89501-1970 |
| 15221581 | + | CALIFORNIA SELF INSURERS SECURITY FUND, c/o Richard Pedone, 53 State St., Boston, MA 02109-2820 |
| 15221582 | + | CANADIAN SOLAR (USA) INC., 12657 ALCOSTA BLVD. SUITE 130, SAN RAMON, CA 94583-4602 |
| 15221583 | + | CARLYON CICA CHTD., ATTN DAWN M CICA., 265 E. WARM SPRINGS ROAD, SUITE 107, LAS VEGAS, NV 89119-4230 |
| 15221584 | + | CASTLE DEKKAR &BELLAGAMBA, 30 Oak Ct., Danville, CA 94526-4006 |
| 15221585 | + | CENTEX HOMES, 7255 South Tenaya Way, Suite 200, Las Vegas, NV 89113-2187 |
| 15221586 | + | CITY VENTURES HOMEBUILDING LLC, 3121 MICHELSON DR., STE 150, IRVINE, CA 92612-5679 |
| 15221587 | | CLARK COUNTY ASSESSOR, C/O BANKRUPTCY CLERK, 500 S GRAND CENTRAL PKWY, BOX 551401, LAS VEGAS, NV 89155-1401 |
| 15221588 | | CLARK COUNTY TREASURER, C/O BANKRUPTCY CLERK, 500 S GRAND CENTRAL PKWY, BOX 551220, LAS VEGAS, NV 89155-1220 |
| 15221589 | + | COMDATA MASTERCARD PROGRAM, 1001 SERVICE ROAD EAST HIGHWAY 190, SUIT, CHARLOTTE, LA 70433-4963 |
| 15221590 | | CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN, DBA CED GREENTECH, ATTN KURT LASHER, PRESIDENT, P.O. BOX 847080, LOS ANGELES, CA 90084-7080 |
| 15221591 | + | CURRENT POWER ELECTRIC, INC., 27537 COMMERCE CTR. DR. STE 203, TEMECULA, CA 92590-2532 |
| 15221592 | | D.R. HORTON, INC., DAVID JENNINGS, ESQ., 330 CAROUSEL PKWY, HENDERSON, NV 89014 |
| 15221594 | + | DAVIS, PICKREN, SEYDEL & SNEED, LLP, ATTY FOR SRS DISTRIBUTION INC. D/B/A RO, 2300 MARQUIS TWO TOWER, 285 PEACHTREE CENTER AVE, NE, ATLANTA, GA 30303-1229 |
| 15221595 | + | DAWN M. CICA, CAROLYN CICA CHTD, 265 E. WARM SPRINGS RD. STE 107, LAS VEGAS, CA 89119-4230 |
| 15221596 | + | DEPT. OF EMPLOYMENT, TRAINING & REHAB, EMPLOYMENT SECURITY DIVISION, 500 EAST THIRD STREET, CARSON CITY, NV 89713-0002 |
| 15221597 | + | DESERT FASTENERS INC. SOUTHWESTERN SUPPL, ATTN CJ POTTER, 4170 W. HARMON AVE 4, LAS VEGAS, NV 89103-5339 |
| 15221598 | + | DESERT LUMBER DBA DESERT FASTENERS & SUP, ATTN DALE EGGERS, PRESIDENT, 6680 S. VALLEY VIEW BLVD, LAS VEGAS, NV 89118-4516 |
| 15221599 | + | DICKINSON WRIGHT PLLC, ATTY FOR ARIZONA SOLAR SOLUTIONS, LLC,, PREMIER SOLAR SOLUTIONS), 100 WEST LIBERTY ST, STE 940, RENO, NV 89501-1991 |
| 15221600 | | DINERS CLUB (2982), ATTN THEODORE T. LEMBERIS, ASSISTANT GENERAL COUNSEL, PO BOX 5732, CAROL STREAM, IL 60197-5732 |
| 15221601 | | DINERS CLUB INTERNATIONAL LTD (4840), ATTN THEODORE T. LEMBERIS, ASSISTANT GENERAL COUNSEL, PO BOX |

| | | |
|---|---|---|
| | | 5732, CAROL STREAM, IL 60197-5732 |
| 15221602 | + | DIVERSIFIED PRODUCTS USA, LLC, ATTN ANISH SHAH, 2727 W. SOUTHERN AVENUE SUITE 9, SUITE 9, TEMPE, AZ 85282-4254 |
| 15221603 | + | DJ ROOF AND SOLAR SUPPLY LLC, ATTN DARRELL PAYNE., 2009 ADMIRALS WAY, FT. LAUDERDALE, FL 33316-3643 |
| 15221604 | | DLA PIPER LLP (US), ATTN RAJIV DHARNIDHARKA, 2000 UNIVERSITY AVENUE, EAST PALO ALTO, CA 94303-2215 |
| 15221605 | + | DRY ROOFING LLC, ATTN JUAN CARLOS MIRANDA, 7030 PETTYTOWN, RED ROCK, TX 78662-2775 |
| 15221606 | + | DURABLE STRUCTURES, PO BOX 541823, DALLAS, TX 75354-1823 |
| 15221593 | + | David W. Lively, Hopkins & Carley, A Law Corp, 70 S. First Street, San Jose, CA 95113-2406 |
| 15221607 | + | EARTHQUAKES SOCCER LLC, ATTN DAVE KAVAL, 1123 COLEMAN AVE., SAN JOSE, CA 95110-1104 |
| 15221608 | + | EDGEWOOD PARTNERS INSURANCE CENTER, ATTN NEIL COHN, 3000 EXECUTIVE PARKWAY, SUITE 325, SAN RAMON, CA 94583-4335 |
| 15221609 | + | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LL, ATTY FOR ENTERPRISE FLEET MANAGEMENT, I, ATTN MICHAEL I. GOTTFRIED., 10345 W. OLYMPIC BLVD., LOS ANGELES, CA 90064-2524 |
| 15221610 | + | EMERGENCY ROADSIDE ASSISTANCE INC., ATTN MARK CRAM, 2771 N. NELLIS BLVD, LAS VEGAS, NV 89115-4508 |
| 15221612 | | ENGLERT INC., ATTN KENNETH KRAWCHECK, CEO, P.O. BOX 780695, PHILADELPHIA, PA 19178-0695 |
| 15221613 | + | ENTERPRISE FLEET MANAGEMENT, INC., ATTN BRICE ADAMSON, VP, C/O CORPORATION SYSTEM, 701 S. CARSON ST, SUITE 200, CARSON CITY, NV 89701-5239 |
| 15221614 | + | FARELLA BRAUN MARTEL LLP, ATTN TYLER C GERKING, 235 MONTGOMERY ST., 17TH FL., SAN FRANCISCO, CA 94104-3104 |
| 15221615 | + | FENCES 4 AMERICA, INC., 2201 WALNUT AVE., SUITE 310, FREMONT, CA 94538-2334 |
| 15221616 | + | FENNEMORE CRAIG, P.C., ATTY FOR LS DE, LLC & LSQ FUNDING GRP L, ATTN THOMAS H. FELL, 300 S. FOURTH ST, STE 1400, LAS VEGAS, NV 89101-6021 |
| 15221617 | + | FINANCIAL FEDERAL CREDIT, 1300 POST OAK BLVD., SUITE 1300, HOUSTON, TX 77056-3018 |
| 15221618 | + | FINESTONE HAYES LLP, ATTY FOR PELL DEVELOPMENT COMPANY, INC., ATTN STEPHEN D. FINESTONE., 456 MONTGOMERY ST, 20TH FL, SAN FRANCISO, CA 94104-1233 |
| 15221624 | + | FRANDZEL ROBINS BLOOM & CSATO, L.C., ATTY FOR ZIONS BANCORPORATION,, ATTN MICHAEL G FLETCHER,GERRICK M. WARRI, 1000 WILSHIRE BLVD,19TH FLOOR, LOS ANGELES, CA 90017-2457 |
| 15221625 | + | GARMAN TURNER GORDON LLP, ATTY FOR ACF FINCO I PL), ATTN GREGORY E. GARMAN, WILLIAM M. NOALL, 7251 AMIGO STREET, STE 210, LAS VEGAS, NV 89119-4302 |
| 15221626 | + | GOLDEN STATE LUMBER, INC., ATTN: BRIAN P. HEDSTROM, 855 LAKEVILLE ST, SUITE 200, PETALUMA, CA 94952-7329 |
| 15221627 | + | GONSALVES & KOZACHENKO, ATTY FOR WASHINGTON TWP HEALTH CARE DIS, ATTN PAUL KOZACHENKO, NICHOLAS KOZACHENK, 2201 WALNUT AVE, #220, FREMONT, CA 94538-2355 |
| 15221628 | + | GORDON REES SCULLY MANSUKHANI, LLP, ATTY FOR SERVICE FINANCE COMPANY, LLC), ATTN ROBERT S. LARSEN., KAREN KAO., 300 SO. 4TH ST, STE 1550, LAS VEGAS, NV 89101-6005 |
| 15221629 | + | GREENE INFUSO, LLP, ATTY FOR CREDITOR JOHN MOURIER, ATTN JAMES D. GREENE., 3030 S. JONES BLVD., STE 101, LAS VEGAS, NV 89146-6793 |
| 15221630 | + | GRIFFITH DAVISON, P.C., ATTY FOR RAMPART CONSTRUCTION CO. RAMPA, ATTN AARON T. CAPPS, 13737 NOEL RD. STE 850, DALLAS, TX 75240-1331 |
| 15221631 | + | GULF COAST SUPPLY & MANUFACTURING, ATTN MIKE VAZQUEZ, REGIONAL SALES MANAGER - COMMERCIAL, 14429 SW 2ND PLACE, SUITE G-30, NEWBERRY, FL 32669-6388 |
| 15221633 | + | HAMMERMAN & HULTGREN, P.C., ATTN STANLEY M. HAMMERMAN., 3101 N. CENTRAL AVE, STE. 1030, PHOENIX, AZ 85012-2654 |
| 15221634 | + | HARLEY ROOFING, ATTN VAUGHN STENIS, 24926 TRIBECA LANE, KATY, TX 77493-2747 |
| 15221635 | + | HARRISON & MOBERLY, LLP, ATTY FOR THOMPSON THRIFT CONSTRUCTION,, ATTN DAVID J. THEISING, 10 W. MARKET ST, STE 700, INDIANAPOLIS, IN 46204-5906 |
| 15221636 | | HEFBER, STARK & MAROIS, LLP, ATTY FOR INNOVA FUND I, LLC, ET, AL.), ATTN HOWARD S, NEVINS, 2150 RIVER PLAZA, STE 450, SACRAMENTO, CA 95833-4136 |
| 15221637 | | HIGH TRAK EQUIPMENT CO., INC., 4238 LOZANO LN., SUISUN CITY, CA 94585 |
| 15221638 | + | HIGHMORE, ATTN DIPAK P. JOGIA, 1100 PEACHTREE ST. NE, SUITE 1100, ATLANTA, GA 30309-4502 |
| 15221639 | + | HILDA RAMOS, C/O KAEMPFER CROWELL, ATTN; LOUIS BUBALA, III, 50 W. LIBERTY ST., STE 700, RENO, NV 89501-1947 |
| 15221640 | + | HOLLEY DRIGGS, ATTY FOR ZIONS BANCORPORATION,, ATTN RICHARD F. HOLLEY, 400 S. FOURTH ST, THIRD FL, LAS VEGAS, NV 89101-6201 |
| 15221641 | + | HOME DEPOT CREDIT SERVICES, PO BOX 78047, PHOENIX, AZ 85062-8047 |
| 15221642 | + | HOPKINS & CARLEY, ATTY FOR INDEPENDENT ELECTRIC SUPPLY AN, ATTN MONIQUE D. JEWETT-BREWSTER, 70 S 1ST STREET, SAN JOSE, CA 95113-2406 |
| 15221643 | + | HUMPHREY LAW PLLC, COUNSEL FOR SOMERSET CHASE HOMEOWNERS A, ATTN: L. EDWARD HUMPHREY, 201 W LIBERTY ST, SUITE 350, RENO, NV 89501-2068 |
| 15221644 | + | HUTCHISON & STEFFEN, PLLC, ATTY FOR BEACON ROOFING), ATTN MICHAEL R BROOKS., 10080 W. ALTA DR. STE 200, LAS VEGAS, NV 89145-8724 |
| 15221645 | + | HUTCHISON & STEFFEN, PLLC, ATTY FOR BEAZER HOMES TEXAS, L.P. & BEA, ATTN BRENOCH R. WIRTHLIN, 10080 WEST ALTA DRIVE, SUITE 200, LAS VEGAS, NV 89145-8724 |
| 15221646 | + | HYG FINANCIAL SERVICES, INC., P.O. BOX 35701, BILLINGS, MT 59107-5701 |
| 15221647 | + | HYG FINANCIAL SERVICES, INC., 30 MAIN STREET, DANBURRY, CT 06810-3040 |
| 15221648 | | HYG FINANCIAL SERVICES, INC., 801 ADLAI, BILLINGS, MT 59107 |
| 15221649 | + | IB ROOF SYSTEMS, INC., ATTN JASON STANLEY, CEO, 8181 JETSTAR DRIVE, SUITE 150, IRVING, CA 75063-2846 |
| 15221650 | + | INDEPENDENT ELECTRIC SUPPLY INC., ATTN KRIS BEAUCHMAN, 2001 MARINA BLVD., SAN LEANDRO, CA 94577-3204 |
| 15221652 | + | INTER ISLAND SOLAR SUPPLY, ATTN BRIAN GOLD, PRESIDENT, 761 AHUA STREET, HONOLULU, HI 96819-2028 |
| 15221657 | + | JAMES PETERSON INDUSTRIES, INC., 2201 WALNUT AVE., SUITE 310, FREMONT, CA 94538-2334 |

| | | |
|---|---|---|
| 15221658 | + | JAMES, BATES, BRANNAN, GROOVER, LLP, ATTY FOR BEAZER HOMES TEXAS, L.P. & BEA, ATTN DOROTEYA N. WOZNIAK, 3399 PEACHTREE ROAD NE, SUITE 1700, ATLANTA, GA 30326-1151 |
| 15221659 | + | JC CUSTOM ROOFING INC., ATTN DEREK HINNERS, 3450 ALEMEDA STREET, SUITE 339, FORT WORTH, TX 76126-9724 |
| 15221660 | | JENNINGS, STROUSS & SALMON, P.L.C., ATTY FOR HANOVER INSURANCE COMPANY), ATTN: PATRICK F. WELCH, ONE EAST WASHINGTON, STE 1900, PHOENIX, AZ 85004-2554 |
| 15221661 | + | JOLLEY URGA WOODBURY & HOLTHUS, ATTY FOR DRY CREEK BUSINESS PARK, LLC, MIG REAL ESTATE, LLC AND MIG REAL ESTATE, 330 S. RAMPART BLVD., STE 380, LAS VEGAS, NV 89145-5754 |
| 15221662 | + | JR METAL EXPRESS, INC., ATTN DANIEL LOPRESTO,OWNER, 4620 MITCHELL STREET, SUITE A, N. LAS VEGAS, NV 89081-2753 |
| 15221663 | + | KB HOME COASTAL, INC., 36310 INLAND VALLEY DR., WILDOMAR, CA 92595-7595 |
| 15221667 | + | KOELLER, NEBEKER, CARLSON HALUCK, ATTY FOR D.R. HORTON INC, 300 4TH ST. STE 500, LAS VEGAS, NV 89101-6008 |
| 15221668 | + | LARSON & ZIRZOW, LLC, ATTY FOR AMERICAN BUILDERS &, CONTRACTORS SUPPLY CO., INC., D/B/A ABC, 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101-7031 |
| 15221669 | + | LAW OFFICE OF BRIAN D. SHAPIRO, LLC, ATTY FOR RAMPART CONSTRUCTION COMPANY,, ATTN BRIAN D. SHAPIRO., 510 S. 8TH ST, LAS VEGAS, NV 89101-7003 |
| 15221670 | + | LAW OFFICE OF STEVEN L. BRYSON, ATTY FOR LENORE KING (CREDITOR)), ATTN STEVEN L. BRYSON, 11150 W. OLYMPIC BLVD. STE 1120, LOS ANGELES, CA 90064-1850 |
| 15221672 | + | LAW OFFICES OF AMY N. TIRRE, ATTY FOR MARIA MELO AND MANUEL MELO), ATTN AMY N. TIRRE., 3715 LAKESIDE DR. STE A, RENO, NV 89509-5349 |
| 15221671 | + | LAW OFFICES OF AMY N. TIRRE, ATTY FOR RYAN GARCIA), ATTN AMY N. TIRRE., 3715 LAKESIDE DR. STE A, RENO, NV 89509-5349 |
| 15221674 | + | LEISURE TOWN HOME ASSOCIATION, C/O HOUMAN LAW FIRM LTD, 9205 W. RUSSELL RD. BLDG 3, STE 240, LAS VEGAS, NV 89148-1407 |
| 15221675 | + | LEVINSON, ARSHONSKY & KURTZ LLP, ATTN: STEVEN KURTZ, ATTORNEY FOR LSQ FUNDING GROUP, 15303 VENTURA BLVD., STE 1650, SHERMAN OAKS, CA 91403-6620 |
| 15221677 | + | LEWIS ROCA ROTHGERBER CHRISTIE LLP, ATTY FOR LAGUNA COUNTRY MART, LTD), ATTN ROBERT M CHARLES, 3993 HOWARD HUGHEST PARKWAY, SUITE 600, LAS VEGAS, NV 89169-5996 |
| 15221676 | | LEWIS ROCA ROTHGERBER CHRISTIE LLP, ATTY FOR THOMPSON THRIFT), ATTN OGONNA M. BROWN., 3993 HOWARD HUGHES PKWY, SUITE 600, LAS VEGAS, NV 89169-5996 |
| 15221678 | + | LITTLER MENDELSON, P.C., ATTN GREGORY ISKANDER., 2301 MCGEE STREET, 8TH FLOOR, KANSAS CITY, MO 64108-2662 |
| 15221679 | + | LS DE, LLC, ATTN RICHARD LEE, 315 E. ROBINSON ST, SUITE 200, ORLANDO, FL 32801-4369 |
| 15221680 | + | MCDONALD CARNANO LLP, ATTY FOR LEAF CAPITAL FUNDING, LLC), ATTN: RYAN J. WORKS. AMANDA M. PERACH., 2300 WEST SAHARA AVENUE, SUITE 1200, LAS VEGAS, NV 89102-4395 |
| 15221681 | + | MCRAY CRANE & RIGGING, INC., ATTN DANIEL AND VICKIE MCRAY, 8431 MOSLEY RD, HOUSTON, TX 77075-1113 |
| 15221682 | + | MORRITT HOCK & HAMROFF LLP, ATTY FOR STERLING NATIONAL BANK), ATTN THERESA A DRISCOLL, 400 GARDEN CITY PLAZA, GARDEN CITY, NY 11530-3322 |
| 15221683 | ++++ | MOYE WHITE LLP, ATTY FOR DRY CREEK BUSINESS PARK, LLC,, ATTN TIMOTHY M SWANSON, VIKRAMA S CHANDR., 1400 16TH ST STE 600, DENVER CO 80202-1486 address filed with court:, MOYE WHITE LLP, ATTY FOR DRY CREEK BUSINESS PARK, LLC,, ATTN TIMOTHY M SWANSON, VIKRAMA S CHANDR, 1400 16TH ST, 6TH FLOOR, DENVER, CO 80202-1486 |
| 15221684 | + | NATIONAL SUPPLY LLC, 2435 SW 32ND AVE, PEMBROKE PARK, FL 33023-7708 |
| 15221685 | | NB HANDY COMPANY, ATTN ROSANA CHAIDEZ - PRESIDENT, P.O. BOX 11407, DEPT. 1653, BIRMINGHAM, AL 35246-1653 |
| 15221687 | + | NEWMEYER & DILLION LLP, ATTY FOR BLUE WATER - DUPONT, LLC), ATTN J. NATHAN OWENS., 3800 HOWARD HUGHES PKWY, STE 700, LAS VEGAS, NV 89169-5965 |
| 15221688 | + | NEWMEYER & DILLION LLP, ATTY FOR CENTEX HOMES), ATTN J. NATHAN OWENS., 3800 HOWARD HUGHES PKWY, STE 700, LAS VEGAS, NV 89169-5965 |
| 15221689 | + | OFFIT KURMAN, P.A., ATTY FOR BEACON SALES ACQUISITION, INC., ATTN STEPHEN A METZ., 4800 MONTGOMERY LANE, 9TH FLOOR, BETHESDA, MD 20814-3429 |
| 15221690 | | ONESOURCE DISTRIBUTORS LLC, ATTN MIKE SMITH, PRESIDENT, P.O. BOX 740527, LOS ANGELES, CA 90074-0527 |
| 15221691 | + | ONESOURCE DISTRIBUTORS LLC, ATTN MIKE SMITH, PRESIDENT, 2846 AWAAWALOA STREET, HONOLULU, HI 96819-2008 |
| 15221692 | + | OUTLINE PRODUCTS LLC, ATTN MICHAEL MODICA, 2009 ADMIRALS WAY, FORT LAUDERDALE, FL 33316-3643 |
| 15221693 | + | PAYNE & FEARS LLP, ATTY FOR CITY VENTURES HOMEBUILDING LLC, ATTN SARAH J. ODIA., 6385 S. RAINBOW BLVD., STE 220, LAS VEGAS, NV 89118-3286 |
| 15221694 | + | PD SOLAR, INC., 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221695 | + | PEOPLES UNITED EQUIPMENT FINANCE CORP., 1936 E. DEERE AVE., SUITE 210, SANTA ANA, CA 92705-5733 |
| 15221696 | + | PETER J ROBERTS, COZEN O'CONNOR, 123 NO WACKER DR, STE 1800, Chicago, IL 60606-1770 |
| 15221697 | + | PETERSEN ALUMINUM CORPORATION, ATTN MIKE PETERSEN, PRESIDENT, 10551 PAC ROAD, TYLER, TX 75707-5470 |
| 15221698 | + | PETERSEN ROOF AND SOLAR LLC, 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221699 | + | PETERSEN ROOFING AND SOLAR SYSTEMS, INC., 8535 W. BAYMEADOWS RD., SUITE 58, JACKSONVILLE, FL 32256-7445 |
| 15221700 | #+ | PETERSEN-DEAN INC., 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221701 | + | PETERSENDEAN HAWAII LLC, 1750 KALAKAUA AVE. SUITE 594, HONOLULU, CA 96826-3719 |
| 15221702 | + | PETERSENDEAN TEXAS, INC., 14713 JERSEY SHORE DR., HOUSTON, TX 77047-7002 |
| 15221703 | + | RANDICK O'DEA TOOLIATOS VERMONT & SARGEN, ATTY FOR WALOVICH ARCHITECTS GROUP, INC, ATTN PHILLIP G VERMONT., 5000 HOPYARD RD, STE 225, PLEASANTON, CA 94588-3352 |
| 15221704 | + | RED ROSE, INC., 4530 N. WALNUT ROAD, N. LAS VEGAS, NV 89081-2735 |
| 15221705 | + | ROOFS 4 AMERICA, INC., 2201 WALNUT AVE., SUITE 310, FREMONT, CA 94538-2334 |
| 15221706 | | RSI ROOFERS SUPPLY INC., ATTN DARREN BREAUX, 3359 S 500 W, SALT LAKE CITY, UT 84115-4201 |

| | | |
|---|---|---|
| 15221707 | + | SCHOLEFIELD, P.C, ATTY FOR INDEPENDENT ELECTRIC SUPPLY AN, ATTN PAMELA J. SCHOLEFIELD, 13475 DANIELSON STREET, SUITE 100, POWAY, CA 92064-8858 |
| 15221708 | + | SCHWARTZ LAW, PLLC, ATTY FOR OFF. UNSEC. CRED COMM., ATTN SAMUEL A. SCHWARTZ., 601 EAST BRIDGER AVENUE, LAS VEGAS, NV 89101-5805 |
| 15221709 | + | SCHWARTZER & MCPHERSON LAW FIRM, ATTY FOR PELL DEVELOPMENT COMPANY, INC., ATTN JEANETTE E. MCPHERSON,, 2850 S. JONES BLVD, STE 1, LAS VEGAS, NV 89146-5640 |
| 15221710 | + | SERVICE FINANC COMPANY, LLC, 555 S. FEDERAL HWY, #200, Boca Raton, FL 33432-6033 |
| 15221711 | + | SG WHOLESALE ROOFING SUPPLIES, ATTN TODD KURTEN, 1101 E. 6TH STREET, SANTA ANA, CA 92701-4912 |
| 15221712 | + | SHEA LARSEN, ATTY FOR DURABLE STRUCTURES, LTD.), ATTN JAMES PATRICK SHEA, BART K LARSEN, 1731 VILLAGE CENTER CIRCLE, STE 150, LAS VEGAS, NV 89134-0517 |
| 15221713 | + | SHEA LARSEN, ATTY FOR SILFAB SOLAR USA INC.), ATTN: JAMES PATRICK SHEA & BART K. LARSE, 1731 VILLAGE CENTER CIRCLE, SUITE 150, LAS VEGAS, NV 89134-0517 |
| 15221714 | + | SHERPAPORT, LLC DBA GENUINE ROOF SUPPLY, ATTN D. HUDSON, 2009 ADMIRALS WAY, FT. LAUDERDALE, FL 33316-3643 |
| 15221715 | + | SILFAB SOLAR USA, INC., ATTN PAOLO MACCARIO, PRESIDENT & CEO, 50 FOUNTAIN PLAZA, UNIT 1400, BUFFALO, NY 14202-2215 |
| 15221716 | + | SILR LLC, ATTN SANTIAGO LOPEZ RODRIGO, 705 ARLENE DRIVE, DELTONA, FL 32725-2639 |
| 15221717 | + | SMART ERP SOLUTIONS, INC., ATTN RAGHAVENDRA BHAT YELLURU, 4683 CHABOT DR, SUITE 380, PLEASANTON, CA 94588-3829 |
| 15221720 | + | SNELL & WILMER L.L.P., ATTY FOR J.F. SHEA CO., INC, WASHINGTON, ATTN ROBERT R. KINAS,BLAKELEY E. GRIFFIT, 3883 HOWARD HUGHES PWKY, STE 1100, LAS VEGAS, NV 89169-0965 |
| 15221719 | + | SNELL & WILMER L.L.P., ATTY FOR TAYLOR MORRISON COMMUNITIES, I, ATTN ROBERT R. KINAS, BLAKELEY E. GRIFFI, 3883 HOWARD HUGHES PKWY, STE 1100, LAS VEGAS, NV 89169-0965 |
| 15221718 | + | SNELL & WILMER L.L.P., ATTY FOR TM HOMES OF AZ), ATTN ROBERT R. KINAS, BLAKELEY E. GRIFFI, 3883 HOWARD HUGHES PKWY, STE 1100, LAS VEGAS, NV 89169-0965 |
| 15221722 | + | SOLAR 4 AMERICA, INC., 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221724 | + | SOLARWORLD AMERICAS, INC., C/O EUGENE GEEKIE, 161 NORTH CLARK ST. STE 4200, CHICAGO, IL 60601-3316 |
| 15221723 | + | SOLARWORLD AMERICAS, INC., C/O JAMES PATRICK SHEA, 1731 VILLAGE CENTER CIR. SUITE 150, LAS VEGAS, NV 89134-0517 |
| 15221725 | + | SOMBRILLA ROOFING, LLC, 3612 SW 23RD ST, FT. LAUDERDALE, FL 33312-4252 |
| 15221726 | + | SONOMA ROOFING SERVICES, INC., 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221727 | + | SOUTHERN COUNTIES OIL CO, LP DBA SC FUEL, ATTN ROBERT BOLLAR, 1800 W KATELLA SUITE 400, ORANGE, CA 92867-3449 |
| 15221728 | + | SRS DISTRIBUTION, INC., DBA ROOFLINE SUPPLY & DELIVERY, ATTN CAROL BRANCH, 5900 S. LAKE FOREST DR., SUITE 400, MCKINNEY, TX 75070-2196 |
| 15221730 | + | STERLING, ATTN GREG GENTRY AND MICHAEL HADDAD, 1100 PEACHTREE ST. NE, SUITE 1100, ATLANTA, GA 30309-4502 |
| 15221731 | + | STRATEGIC CONSTRUCTION LTD, C/O HOLLAND & HART LLP, 9555 HILLWOOD DR. 2ND FL, LAS VEGAS, NV 89134-0532 |
| 15221734 | + | SULLIVAN HILL REZ & ENGEL, ATTY FOR HALAWA HALEAKALA SOLAR,INC), ATTN ELIZABETH E. STEPHENS, 228 S. FOURTH ST, FIRST FL, LAS VEGAS, NV 89101-5705 |
| 15221732 | + | SULLIVAN HILL REZ & ENGEL, ATTY FOR HALAWA HOUSE OF THE SUN LLC), ATTN ELIZABETH E. STEPHENS, 228 S. FOURTH ST, FIRST FL, LAS VEGAS, NV 89101-5705 |
| 15221733 | + | SULLIVAN HILL REZ & ENGEL, ATTY FOR JAMES WHITCOMB), ATTN ELIZABETH E. STEPHENS, 228 S. FOURTH ST, FIRST FL, LAS VEGAS, NV 89101-5705 |
| 15221735 | + | SUNBELT RENTALS, INC., ATTN BRENDAN HORGAN, CEO, P.O. BOX 409211, ATLANTA, GA 30384-9211 |
| 15221736 | + | SYLVESTER & POLEDNAK, LTD., ATTY FOR ICON RENO PROPERTY OWNER POOL, ATTN ALLYSON R. NOTO., 1731 VILLAGE CENTER CIR, LAS VEGAS, NV 89134-0516 |
| 15221737 | + | SYNERGY RENTS LLC, ATTN ELLIOT PRIGOZEN, PRESIDENT, 2990 PONCE DE LEON BLVD, SUITE 500, CORAL GABLES, FL 33134-6830 |
| 15221738 | | TARGRAY TECHNOLOGY INTERNATIONAL, INC., ATTN ANNIE GALARNEAU, GC, 18105 ROUTE TRANSCANADIENNE, KIRKLAND, QC H9J 3Z4 |
| 15221739 | + | TD VENTURE FUND LLC, 43575 Mission Blvd.#705, FREMONT, CA 94539-5831 |
| 15221742 | | THOMAS E. CROWE PROFESSIONAL LAW CORP., ATTY FOR CURRENT POWER ELECTRIC, 2380 S. JONES BLVD, STE 3, LAS VEGAS, NV 89146 |
| 15221743 | + | TM HOMES OF ARIZON, 4900 N. SCOTTSDALE RD. STE 2000, 3, SCOTTSDALE, AZ 85251-7656 |
| 15221744 | + | TRADERIVER, ATTN CHUCK BRAZIER, 10631 N KENDALL DRIVE, SUITE 1204,, MIAMI, FL 33176-1730 |
| 15221745 | + | TRI-VALLEY SUPPLY, INC., 39300 Civic Center Dr., Suite 300, FREMONT, CA 94538-2337 |
| 15221747 | + | UCCS, 1180 AVE OF THE AMERICAS 8TH FL, NEW YORK, NY 10036-8401 |
| 15221749 | + | UNITED STATES ATTORNEY'S OFFICE, ATTN: CIVIL PROCESS CLERK, 501 LAS VEGAS BLVD. SOUTH, SUITE 1100, LAS VEGAS, NV 89101-6521 |
| 15221751 | + | VAR RESOURCES LLC, 2005 MARKET ST. FL. 14TH, PHILADELPHIA, PA 19103-7009 |
| 15221752 | + | WDS GP INC., C/O LEE LANDRUM CARLSON, 7575 VEGAS DR. STE 150, LAS VEGAS, NV 89128-0706 |
| 15221753 | + | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,, ATTY FOR FREESE JOHNSON LLC), ATTN MATTHEW I. KRAMER., 6385 S. RAINBOW BLVD., STE 400, LAS VEGAS, NV 89118-3208 |
| 15221755 | | WELLS FARGO BANK, NA, PO BOX 3072, CEDAR RAPIDS, IA 52406-3072 |
| 15221758 | | WEX, ATTN MELISSA SMITH, CEO & PRESIDENT, 33548 TREASURY CENTER, CHICAGO, IL 60694-3500 |
| 15221759 | + | WILLIAM FERNANDEZ TRUCKING, ATTN CFO, 5404 ROCK CREEK LANE, LAS VEGAS, NV 89130-1948 |
| 15221760 | + | WILSON HOMES, INC., C/O KAEMPFER CROWELL, 50 LIBERTY ST., STE 700, RENO, NV 89501-1947 |
| 15221761 | + | WOODSIDE 05N, LP, C/O LEE LANDRUM CARLSON, 7575 VEGAS DR. STE 150, LAS VEGAS, NV 89128-0706 |

| Recip ID | | Notice Type | Recipient |
|---|---|---|---|
| 15221762 | + | WRIGHT, FINLAY & ZAK, LLP, ATTY FOR SECURED CREDITOR, AFS/IBEX, A, ATTN RAMIR M. HERNANDEZ., 7785 W. SAHARA AVE., STE. 200, LAS VEGAS, NV 89117-2789 | |
| 15221763 | + | WSP USA BUILDINGS INC., ATTN MATT GALLO, 4139 OREGON PIKE, EPHRATA, PA 17522-9550 | |
| 15221764 | + | Y ESPINAL ROOFING LLC, 20931 FOX CLIFF LN., HUMBLE, TX 77338-6720 | |
| 15221765 | + | ZB, N.A. DBA CALIFORNIA BANK & TRUST, 456 MONTGOMERY ST., SUITE 2300, SAN FRANCISCO, CA 94104-1256 | |

TOTAL: 210

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sarahecf@kornfieldlaw.com | Oct 10 2020 02:12:00 | Sarah Lampi Little, Kornfield Nyberg Bendes Kuhner & Little, 1970 Broadway #600, Oakland, CA 94612 |
| tr | + | Email/Text: michael.kasolas@txitrustee.com | Oct 10 2020 02:12:00 | Michael G. Kasolas, P.O. Box 27526, San Francisco, CA 94127-0526 |
| smg | | EDI: EDD.COM | Oct 10 2020 05:13:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 10 2020 05:13:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Oct 10 2020 05:13:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| 15221529 | + | EDI: RMSC.COM | Oct 10 2020 05:13:00 | ABC SUPPLY COMPANY, INC., ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C, ONE ABC PARKWAY, BELOIT, WI 53511-4466 |
| 15221545 | + | EDI: AMEREXPR.COM | Oct 10 2020 05:13:00 | AMERICAN EXPRESS, ATTN GREGORY E. GALTERIO, COUNSEL, P.O. BOX 650448, DALLAS, CA 75265-0448 |
| 15221546 | + | EDI: AMEREXPR.COM | Oct 10 2020 05:13:00 | AMERICAN EXPRESS BANK, FSB, 4315 S. 2700 W., SALT LAKE CITY, UT 84184-0002 |
| 15221547 | | EDI: HNDA.COM | Oct 10 2020 05:13:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 15221576 | | EDI: CALTAXFEE | Oct 10 2020 05:13:00 | CALIFORNIA DEPARTMENT OF TAX AND FEE, ADMINISTRATION, SPECIAL OPERATIONS BANKRUPTCY TEAM, MIC:, P.O. BOX 942879, SACRAMENTO, CA 94279-0074 |
| 15221577 | | EDI: CALTAXFEE | Oct 10 2020 05:13:00 | California Dept of Tax and Fee Admin, Acct Information Group MIC 29, P. O. Box 942879, Sacramento, CA 94279-0029 |
| 15221611 | | EDI: EDD.COM | Oct 10 2020 05:13:00 | Employment Development Dept, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 15221619 | + | Email/Text: crc_bankruptcy@fhb.com | Oct 10 2020 02:12:00 | FIRST HAWAIIAN BANK, 20 W. KAAHUMANU AVE., KAHULUI, HI 96732-1618 |
| 15221621 | | EDI: CALTAX.COM | Oct 10 2020 05:13:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION, MS A340, P.O. BOX 2952, SACRAMENTO, CA 95812-2952 |
| 15221622 | + | EDI: CALTAX.COM | Oct 10 2020 05:13:00 | FRANCHISE TAX BOARD, 300 SOUTH SPRING STREET, SUITE 5704, LOS ANGELES, CA 90013-1265 |
| 15221620 | + | Email/Text: mcarnero@firstrepublic.com | Oct 10 2020 02:12:00 | First Republic Bank, 111 Pine Street, 11th Floor, San Francisco, CA 94111-5608 |
| 15221623 | + | EDI: CALTAX.COM | Oct 10 2020 05:13:00 | Franchise Tax Board, Bankruptcy Unit, P.O. Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2952, Sacramento, CA 95812-2952 |
| 15221632 | + | Email/Text: mcardini@he-equipment.com | Oct 10 2020 02:12:00 | H&E EQUIPMENT SERVICES, INC., ATTN LEVI BLAINE, PO BOX 849850, DALLAS, TX 75284-9850 |
| 15221655 | + | EDI: IRS.COM | Oct 10 2020 05:13:00 | INTERNAL REVENUE SERVICE, 2970 MARKET STREET, PHILADELPHIA, PA 19104-5002 |
| 15221664 | + | Email/Text: rita.robles@key.com | Oct 10 2020 02:12:00 | KEY EQUIPMENT FINANCE, 1000 S. MCCASLIN BLVD., SUPERIOR, CO 80027-9441 |
| 15221665 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 10 2020 02:12:00 | KEYBANK NATIONAL ASSOCIATION, ATTN: BANKRUPCTY DEPT, 4910 TIEDEMAN RD, BROOKLYN, OH 44144-2338 |
| 15221666 | + | Email/Text: legal@keystoneefc.com | Oct 10 2020 02:12:00 | KEYSTONE EQUIPMENT FINANCE CORP., 433 NEW PARK AVE., WEST HARTFORD, CT 06110-1141 |
| 15221686 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Oct 10 2020 02:12:00 | NEVADA DEPARTMENT OF TAXATION, BANKRUPTC, 555 E. WASHINGTON AVE., #1300, LAS VEGAS, NV 89101-1046 |
| 15221721 | | Email/Text: sanfrancisco.bnc@ssa.gov | Oct 10 2020 02:12:00 | SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE REGIONAL CHIEF COUNSEL, RE, 160 SPEAR STREET, SUITE 800, SAN FRANCISCO, CA 94105-1545 |
| 15221729 | | Email/Text: Bankruptcy@stearnsbank.com | Oct 10 2020 02:12:00 | STEARNS BANK, N.A., 500 13TH ST., ALBANY, MN 56307 |
| 15222188 | + | Email/Text: sarahecf@kornfieldlaw.com | Oct 10 2020 02:12:00 | Sarah Little, Kornfield, Nyberg, Bendes,, Kuhner & Little P.C., 1970 Broadway, Ste 600, Oakland, CA 94612-2218 |
| 15221741 | | Email/Text: ridpacer@twc.state.tx.us | Oct 10 2020 02:12:00 | TEXAS WORKFORCE COMMISSION, REGULATORY INTEGRITY DIVISION - SAU, ROOM 556, 101 E. 15TH STREET, AUSTIN, TX 78778-0001 |
| 15221746 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 10 2020 02:12:00 | U.S. TRUSTEE - LV-11, 300 LAS VEGAS BLVD., STE 4300, LAS VEGAS, NV 89101-5803 |
| 15221748 | | Email/PDF: sluna@ur.com | Oct 10 2020 08:33:06 | UNITED RENTALS (NORTH AMERICA), INC., ATTN YIONA JEAN ISAACSON, P.O. BOX 51122, LOS ANGELES, CA 90074-1122 |
| 15221750 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Oct 10 2020 02:12:00 | UNITED STATES TRUSTEE, 300 LAS VEGAS BLVD. SOUTH #4300, LAS VEGAS, NV 89101-5803 |
| 15221754 | + | EDI: WFFC.COM | Oct 10 2020 05:13:00 | WELLS FARGO BANK, N.A., 300 TRI STATE INTL., SUITE 400, LINCOLNSHIRE, IL 60069-4417 |
| 15221756 | + | EDI: WFFC.COM | Oct 10 2020 05:13:00 | WELLS FARGO BANK, NA, 420 MONTGOMERY ST, SAN FRANCISCO, CA 94104-1298 |
| 15221757 | + | EDI: WFFC.COM | Oct 10 2020 05:13:00 | WELLS FARGO FINANCIAL LEASING, INC., 800 WALNUT ST., DES MOINES, IA 50309-3891 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15221531 | | ACF Finco I, LP |
| 15221651 | | Independent Electric Supply, Inc., & OneSource Distributors, LLC |

| | | |
|---|---|---|
| 15221654 | * | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15221653 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section/Mail Code 1400S, 1301 Clay St., Oakland, CA 94612-5210 |
| 15221656 | * | Internal Revenue Service, Insolvency Remittance, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15221673 | ##+ | LCA BANK CORPORATION, 1375 DEER VALLEY DR., SUITE 218, PARK CITY, UT 84060-5236 |
| 15221740 | ##+ | TESLA, INC., ATTN JONATHAN BUTLER, DEPUTY GENERAL COU, 3055 CLEARVIEW WAY, SAN MATEO, CA 94402-3709 |
| jdb | *+ | Tricia Yeh Petersen, 603 Stanford Ave, Fremont, CA 94539-6837 |

TOTAL: 2 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael G. Kasolas | trustee@kasolas.net  CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Sarah Lampi Little | on behalf of Debtor James Patrick Petersen sarahecf@kornfieldlaw.com |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James Patrick Petersen** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–7906 |
| | | EIN | 88–0137048 |
| Debtor 2 <br> (Spouse, if filing) | **Tricia Yeh Petersen** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–0171 |
| | | EIN | 85–2681899 |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter 7 | 10/8/20 |
| Case number: | 20–41626 WJL 7 | | |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Patrick Petersen | Tricia Yeh Petersen |
| 2. | **All other names used in the last 8 years** | dba PetersenDean, dba PetersenDean Roofing & Sheet Metal, dba Beachhead Roofing and Supply, Inc., dba Fences 4 America, Inc., dba James Petersen Industries, Inc., dba PD Solar, Inc., dba Petersen–Dean, Inc., dba Petersen Roofing and Solar LLC, dba Red Rose, Inc., dba Roofs 4 America, Inc., dba PetersenDean Texas, Inc., dba Solar 4 America, Inc., dba Sonoma Roofing Services, Inc., dba Tri–Valley Supply, Inc., dba TD Venture Fund LLC, dba Up Advisors Group LLC, dba Solar Power Capital Partners LLC, dba California Equipment Leasing Association, Inc., dba PetersenDean Hawaii LLC, dba PetersenDean Roofing and Solar Systems, Inc. | dba James Petersen Industries, Inc., dba PD Solar, Inc., dba Petersen–Dean, Inc., dba Petersen Roofing and Solar LLC, dba Roofs 4 America, Inc., dba Solar 4 America, Inc., dba Sonoma Roofing Services, Inc., dba Fences 4 America, Inc., dba Tri–Valley Supply, Inc., dba PetersenDean Texas, Inc., dba TD Venture Fund LLC, dba Beachhead Roofing and Supply, Inc., dba California Equipment Leasing Association, Inc., dba UP Advisors Group LLC, dba Solar Power Capital Partners LLC, dba PetersenDean Hawaii LLC, dba PetersenDean Roofing and Solar Systems, Inc. |
| 3. | **Address** | 603 Stanford Ave <br> Fremont, CA 94539 | 603 Stanford Ave <br> Fremont, CA 94539 |
| 4. | **Debtor's attorney** <br> Name and address | Sarah Lampi Little <br> Kornfield Nyberg Bendes Kuhner & Little <br> 1970 Broadway #600 <br> Oakland, CA 94612 | Contact phone (510) 763–1000 <br> Email _____ |
| 5. | | | |

| **Bankruptcy trustee** Name and address | Michael G. Kasolas P.O. Box 27526 San Francisco, CA 94127 | Contact phone (415) 504–1926 Email: trustee@kasolas.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case online at www.pacer.gov. | **Mailing Address:** <br> U.S. Bankruptcy Court <br> 450 Golden Gate Avenue <br> Mail Box 36099 <br> San Francisco, CA 94102 | Hours open: Monday – Friday 9:00 am to 4:30 pm <br><br> Contact phone (888) 821–7606 <br> Date: 10/9/20 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 13, 2020 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference** <br><br> Trustee: Michael G. Kasolas <br> Call in number/URL: <br> 1–866–755–2895 <br> Passcode: 8000618 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/12/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/17/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Must file before 180 days after the date relief was entered.** |
| **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov In the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Case: 20-41626    Doc# 8    Filed: 10/11/20    Entered: 10/11/20 21:23:49    Page 11 of 11