<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-41626 |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $ **4,000,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................. | $ **1,154,240.50** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | $ **5,154,240.50** |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **4,938,033.32** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ **16,582,247.60** |
| | **Your total liabilities** | $ **21,520,280.92** |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................... | $ **41,666.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................... | $ **49,080.43** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 1 of 165

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 2 of 165

**Fill in this information to identify your case and this filing:**

Debtor 1    **James Patrick Petersen**
     First Name      Middle Name      Last Name

Debtor 2    **Tricia Yeh Petersen**
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    **20-41626**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**603 Stanford Ave.**
Street address, if available, or other description

**Fremont**      **CA**      **94539**
City      State      ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,000,000.00** | **$4,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

| |
|---|
| **$4,000,000.00** |

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Aston Martin** | | | |
|---|---|---|---|---|---|

**Who has an interest in the property?** Check one

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| 3.1 | Make: | **Aston Martin** |
|---|---|---|
| | Model: | **V8 Vantage S** |
| | Year: | **2013** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Vehicle

Current value of the entire property? **$59,645.00**
Current value of the portion you own? **$59,645.00**

| 3.2 | Make: | **Honda** |
|---|---|---|
| | Model: | **Ridgeline** |
| | Year: | **2014** |
| | Approximate mileage: | **22000** |
| | Other information: | |

Who has an interest in the property? Check one
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Vehicle

Current value of the entire property? **$23,490.00**
Current value of the portion you own? **$23,490.00**

| 3.3 | Make: | **Honda** |
|---|---|---|
| | Model: | **Odyssey Touring Elite** |
| | Year: | **2018** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Vehicle: (lease)

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

| 3.4 | Make: | **Honda** |
|---|---|---|
| | Model: | **Civic** |
| | Year: | **2016** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Car purchased for and given as gift to adult daughter in 2016. Debtor is not sure whether his name is on title or not.**

Current value of the entire property? **Unknown**
Current value of the portion you own? **Unknown**

## 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>**

**$83,135.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured

Case: 20-41626     Doc# 16     Filed: 11/03/20     Entered: 11/03/20 20:46:47     Page 4 of 165

claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes.  Describe.....

| | |
|---|---|
| Furniture and furnishings.  Located at primary residence in Fremont, CA.  Also located in storages in Fremont and Hawaii. Furnishings from Tahoe property may be in storage and still in property, too.   Insurance replacement value estimated at $65,000. No item with value in excess of $600.00 | $20,000.00 |
| Baby grand piano, Cline. | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes.  Describe.....

| | |
|---|---|
| Cell phones, household electronics, personal computers, etc. | $2,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes.  Describe.....

| | |
|---|---|
| Skis and snowboards | $100.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☒ Yes.  Describe.....

| | |
|---|---|
| Old shot gun, pellet gun | $50.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.  Describe.....

| | |
|---|---|
| Clothing and personal effects at est. liquidation value | $1,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes.  Describe.....

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Jewelry at est. liquidation value.   Wedding and engagement rings for wife, cost $24,000 approx.  Gucci watch, cost $1,500. Rolex Submariner watch, cost $3,000.  Est. liquidation value assumed to be 30% of retail. | **$8,550.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Approximately 2 dozen chickens, 4 dogs, 1 donkey, 1 mini horse, 12 Nigerian Dwarf goats | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................

**$32,700.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................................

| | |
|---|---|
| Cash, average cash on hand | **$200.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes...................... Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking 5731** | **Bank of America** | **$0.00** |
| 17.2. | **Money Market Savings 6632** | **Bank of America** | **$2,722.35** |
| 17.3. | **Checking 9034** | **Bank of America** | **$12,812.61** |
| 17.4. | **Savings 1982** | **Bank of America** | **$50,602.62** |
| 17.5. | **Savings 0166** | **Bank of America** | **$1,187.80** |

| | | | |
|---|---|---|---|
| 17.6. | **Checking 3128** | **First Republic Bank** | **$77,926.00** |
| 17.7. | **Checking 2909** | **First Republic Bank. Account may be cash collateral securing loan pursuant to agreement. Available funds amount is $.08** | **$99,895.00** |
| 17.8. | **Checking 3610** | **First Hawaiian Bank** | **$944.00** |
| 17.9. | **checking 2975** | **First Hawaiian Bank** | **$7,059.15** |
| 17.10. | **Checking 7119** | **Fremont Bank** | **$1,200.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................                  Institution or issuer name:

|  |  |
|---|---|
| **Neuberger Bergman 7061** | **$34,820.00** |
| **Charles Schwab 7862** | **$1,629.46** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Solar Power Capital Corp. Corporation owns solar facility and has contract with San Jose Earthquakes to provide power. Contract generates approx. $60,000 in annual income, and company is responsible to maintain and replace equipment as needed.** | **100** % | **Unknown** |
| **UP Advisors Group LLC** | **100** % | **$100,000.00** |
| **See Attachment for interests in entities currently in Chapter 11s pending in Nevada Bankruptcy Court** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Rollover IRA 8946** | **First Republic Securities Company LLC** | $399,766.67 |
| **Rollover IRA 8912** | **First Republic Securities Co. LLC** | $27,732.26 |
| **IRA** | **TD Ameritrade** | $26,331.08 |
| **Roth IRA 9572** | **Neuberger Berman** | $4,567.16 |
| **401k** | **Morgan Stanley (Debtors are not sure if this account is an old 401k or possibly it is property of Petersen Dean.)** | $8,817.60 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    **529 accounts for daughers.  2 accounts. Not property of the estate.**            $1,385.74

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes.  Give specific information about them...

    **James Patrick Petersen Trust. Trust funded with property disclosed separately on schedules A/B**            $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

    **Contractor's licenses in California, Nevada and Arizona**            $0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2019 California tax refund** | **State** | **$40,555.00** |
| **2019 Federal tax refund** | **Federal** | **$102,801.00** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| **Note secured by 2015 Land Rover  Range Rover Sport owed by Doug Weber.  Note is 4 years/48 months monthly payments, 3% interest.** | **$35,450.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Chubb - home, auto, umbrella & valuables** | | **$0.00** |
| **United Healthcare cobra medical insurance** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Claims against related Chapter 11 bankrupt entities for unpaid salaries, idemnity, reimbursement and money loaned. Projected that there will either no distribution or a nominal distribution to unsecured claims.** | **$0.00** |

> James Petersen was in a car accident on March 6, 2020.
> Injuries include 4 broken ribs, a bruised lung, a concussion,
> lung bleeding, a sprained ankle and soft tissue damage.

                                                                                                    Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................

|  |
|---|
| **$1,038,405.50** |

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
              If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

|  |
|---|
| **$0.00** |

---

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. **Part 1: Total real estate, line 2** ............................................................................................... | | **$4,000,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$83,135.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$32,700.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$1,038,405.50** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54**       + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$1,154,240.50** | Copy personal property total     **$1,154,240.50** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$5,154,240.50** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 10 of
                                            165

## <u>SCHEDULE A/B - PROPERTY</u>
### Attachment A

**Question 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership and joint venture.**

**Ownership interests in Chapter 11 Debtors**

| COMPANY | OWNERSHIP | VALUE |
|---|---|---|
| BEACHHEAD ROOFING AND SUPPLY, INC. | 50% H 50% W | $0.00 |
| CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC. | 85% H | $0.00 |
| FENCES 4 AMERICA, INC. | 100% H | $0.00 |
| JAMES PETERSEN INDUSTRIES, INC. | 100% H | $0.00 |
| PD SOLAR, INC. | 85% H | $0.00 |
| PETERSEN-DEAN, INC. | 85% H | $0.00 |
| PETERSEN ROOFING AND SOLAR LLC | 100% H | $0.00 |
| PETERSENDEAN HAWAII LLC | 50% H 50% W | $0.00 |
| PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC | 85% H | $0.00 |
| PETERSENDEAN TEXAS, INC. | 85% H | $0.00 |
| ROOFS 4 AMERICA, INC. | 100% H | $0.00 |
| SOLAR 4 AMERICA, INC. | 100% H | $0.00 |
| SONOMA ROOFING SERVICES, INC.  (closed 5 years ago) | | $0.00 |
| TRI-VALLEY SUPPLY, INC. | 85% H | $0.00 |
| TD VENTURE FUND LLC. | 50% H 50% W | $0.00 |

| Fill in this information to identify your case: | |
|---|---|

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **20-41626** |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **603 Stanford Ave. Fremont, CA 94539 Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**<br>Line from *Schedule A/B*: **1.1** | $4,000,000.00 | ■      $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.950 |
| **2014 Honda Ridgeline 22000 miles Vehicle**<br>Line from *Schedule A/B*: **3.2** | $23,490.00 | ■      $3,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **2014 Honda Ridgeline 22000 miles Vehicle**<br>Line from *Schedule A/B*: **3.2** | $23,490.00 | ■      $17,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **Furniture and furnishings.  Located at primary residence in Fremont, CA. Also located in storages in Fremont and Hawaii.  Furnishings from Tahoe property may be in storage and still in property, too.  Insurance replacement value estimated at $65,000.  N**<br>Line from *Schedule A/B*: **6.1** | $20,000.00 | ■      $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Baby grand piano, Cline.**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cell phones, household electronics, personal computers, etc.**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Skis and snowboards**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing and personal effects at est. liquidation value**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Jewelry at est. liquidation value. Wedding and engagement rings for wife, cost $24,000 approx.  Gucci watch, cost $1,500. Rolex Submariner watch, cost $3,000.  Est. liquidation value assumed to be 30% of retail.**<br>Line from *Schedule A/B*: **12.1** | $8,550.00 | ■ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Checking 9034: Bank of America**<br>Line from *Schedule A/B*: **17.3** | $12,812.61 | ■ $12,812.61<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings 1982: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $50,602.62 | ■ $50,602.62<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Rollover IRA 8946: First Republic Securities Company LLC**<br>Line from *Schedule A/B*: **21.1** | $399,766.67 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Rollover IRA 8912: First Republic Securities Co. LLC**<br>Line from *Schedule A/B*: **21.2** | $27,732.26 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **IRA: TD Ameritrade**<br>Line from *Schedule A/B*: **21.3** | $26,331.08 | ■ $26,331.08<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **James Patrick Petersen** | | |
| Debtor 2 | **Tricia Yeh Petersen** | Case number (if known) | **20-41626** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Roth IRA 9572: Neuberger Berman**<br>Line from *Schedule A/B*: **21.4** | **$4,567.16** | ■          **$4,567.16**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **401k: Morgan Stanley (Debtors are not sure if this account is an old 401k or possibly it is property of Petersen Dean.)**<br>Line from *Schedule A/B*: **21.5** | **$8,817.60** | ■          **$8,817.60**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **James Petersen was in a car accident on March 6, 2020. Injuries include 4 broken ribs, a bruised lung, a concussion, lung bleeding, a sprained ankle and soft tissue damage.**<br>Line from *Schedule A/B*: **33.2** | **Unknown** | ☐          <br>■  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■  No

☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No

    ☐  Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **James Patrick Petersen** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tricia Yeh Petersen** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **20-41626** | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ **Yes.** Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** | **Alameda County Tax Collector**<br>Creditor's Name | $49,433.32 | $4,000,000.00 | $0.00 |

Describe the property that secures the claim:

**603 Stanford Ave. Fremont, CA 94539**
**Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**

**Henry C. Levy**
**1221 Oak St, Rm 131**
**Oakland, CA 94612**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 2020-2021    **Last 4 digits of account number** 6517

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 15 of 165

---

| 2.2 | **First Republic Bank** | Describe the property that secures the claim: | **$2,500,000.00** | **$4,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**603 Stanford Ave. Fremont, CA 94539**
**Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**

**111 Pine Street**
**11th Floor**
**San Francisco, CA 94111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **07/1/2017**      Last 4 digits of account number    **5072**

---

| 2.3 | **First Republic Bank** | Describe the property that secures the claim: | **$688,705.00** | **$4,000,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**603 Stanford Ave. Fremont, CA 94539**
**Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**

**111 Pine Street**
**11th Floor**
**San Francisco, CA 94111**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **08/1/2020**      Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 2.4 | First Republic Bank | Describe the property that secures the claim: | $99,895.00 | $99,895.00 | $0.00 |

Creditor's Name

**Checking 2909: First Republic Bank. Account may be cash collateral securing loan pursuant to agreement. Available funds amount is $.08**

111 Pine Street
11th Fl.
San Francisco, CA 94111

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **July 31, 2020**    Last 4 digits of account number _____

| 2.5 | Franchise Tax Board | Describe the property that secures the claim: | Unknown | $40,555.00 | Unknown |

Creditor's Name

Bankruptcy Unit
P.O. Box 2952
Sacramento, CA
95827-2952

Number, Street, City, State & Zip Code

**State: 2019 California tax refund**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Set off for current year taxes**

Date debt was incurred _____    Last 4 digits of account number _____

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 17 of 165

---

| 2.6 | **Internal Revenue Service** | Describe the property that secures the claim: | Unknown | $102,801.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210**

Number, Street, City, State & Zip Code

**Federal: 2019 Federal tax refund**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **set off for current year taxes**

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.7 | **TD Venture Fund, LLC et al** | Describe the property that secures the claim: | $1,600,000.00 | $4,000,000.00 | $838,138.32 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Fox Rothchild LLP
One Summerlin
1980 Festival Plaza Dr.
Suite 70
Las Vegas, NV 89135**

Number, Street, City, State & Zip Code

**603 Stanford Ave. Fremont, CA 94539
Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **August 26, 2020**  Last 4 digits of account number _____

---

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | **$4,938,033.32** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | **$4,938,033.32** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Brown Rudnick LLP
Attn: Catherine Castaldi
211 Michelson Dr. 7th Fl.
Irvine, CA 92612**

On which line in Part 1 did you enter the creditor?   **2.7**

Last 4 digits of account number ___

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 5

| Debtor 1 | **James Patrick Petersen** | | | Case number (if known) | **20-41626** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Tricia Yeh Petersen** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Name, Number, Street, City, State & Zip Code

**Fox Rothchild LLP -Atty for Creditors**
**One Summerlin**
**1980 Festival Plaza Dr. Suite 700**
**Las Vegas, NV 89153**

On which line in Part 1 did you enter the creditor? __**2.7**__

Last 4 digits of account number ___

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 19 of 165

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number<br>(if known) | **20-41626** |

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

| | | |
|---|---|---|
| **4.1** | **220 LALO PLACE LLC**<br>Nonpriority Creditor's Name<br>**220 LALO ST, UNIT 1**<br>**Kahului, IL 96816**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one. | **Last 4 digits of account number** _____     **$0.00**<br><br>**When was the debt incurred?** _____<br><br>**As of the date you file, the claim is:** Check all that apply |

   ■ Debtor 1 only

   ☐ Debtor 2 only

   ☐ Debtor 1 and Debtor 2 only

   ☐ At least one of the debtors and another

   ☐ **Check if this claim is for a community debt**

   **Is the claim subject to offset?**

   ■ No

   ☐ Yes

   ■ Contingent

   ■ Unliquidated

   ■ Disputed

**Type of NONPRIORITY unsecured claim:**

   ☐ Student loans

   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

   ☐ Debts to pension or profit-sharing plans, and other similar debts

   ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      27103      Best Case Bankruptcy

| 4.2 | **220 LALO PLACE LLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O ELIZABETH E. STEPHENS &
JAMES HILL
SULLIVAN HILL REZ & ENGEL
228 SOUTH FOURTH ST., FIRST FL
Las Vegas, NV 89101**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

■ Debtor 1 only

■ Unliquidated

□ Debtor 2 only

■ Disputed

□ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

□ At least one of the debtors and another

□ Student loans

■ **Check if this claim is for a community
debt**

□ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Attorneys for creditor of related Chapter 11
debtor entities, listed for notice**

□ Yes

| 4.3 | **5050 TIMBER CREEK LLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2 WESTMINSTER DR.
OAKLAND, CA 94618-1728**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Contingent

■ Debtor 1 only

■ Unliquidated

□ Debtor 2 only

■ Disputed

□ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

□ At least one of the debtors and another

□ Student loans

■ **Check if this claim is for a community
debt**

□ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Creditors and notice parties for debts of
Chapter 11 debtors Petersen-Dean et. al.**

□ Yes

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 21 of
165

---

| 4.4 | **5050 TIMBER CREEK LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O ANDERSEN LAW FIRM, LTD.**
**RYAN AN. ANDERSEN**
**3199 E WARM SPRINGS RD, STE 400**
**LAS VEGAS, NV 89120**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

---

| 4.5 | **ABC SUPPLY COMPANY, INC.** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C**
**ONE ABC PARKWAY**
**BELOIT, WI 53511**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al. Possible personal guaranty**

---

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 22 of 165

| 4.6 | **ACF FINCO I LP** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**560 WHITE PLAINS RD., SUITE 400**
**TARRYTOWN, NY 10591**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☑ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No

☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

☐ Yes

---

| 4.7 | **ACF FINCO LLP** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**C/O Gregory Garman/Willam Noall**
**Garman Turner Gordon**
**7251 Amigo St., Ste 210**
**Las Vegas, NV 89119**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☑ Contingent

☐ Debtor 2 only

☑ Unliquidated

☐ Debtor 1 and Debtor 2 only

☑ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Personal Guarantee**

---

| 4.8 | **AD LEVERAGE** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**ATTN ANDREW PALOSI,**
**PRESIDENT**
**1329 E. THOUSAND OAKS BLVD.**
**SUITE 200**
**THOUSAND OAKS, CA 91362**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☑ Contingent

☐ Debtor 2 only

☑ Unliquidated

☐ Debtor 1 and Debtor 2 only

☑ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 23 of 165

| 4.9 | **ADR SERVICES** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**225 Broadway, Suite 1400**

**San Diego, CA 92101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Mediator in Chapter 11 cases, listed for notice**

---

| 4.10 | **AE - SCFL** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MATTHEW HEIMANN, GCO**

**PO BOX 0001**

**LOS ANGELES, CA 90096-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.11 | **AFS/IBEX** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**A DIVISION OF METABANK**

**PO BOX 100045**

**PASADENA, CA 91189**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 4.1 2 | **AFS/IBEX** | | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**C/O MILES & STOCKBRIDGE PC**
**100 Light St.**
**Baltimore, MD 21202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

---

| 4.1 3 | **AFS/IBEX** | | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**C/O WRIGHT, FINLAY & ZAK LLP**
**7785 W. Sahara Ave., Ste 200**
**Las Vegas, NV 89117**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 25 of 165

| 4.1 4 | **AKERMAN, LLP** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR FIRST REPUBLIC BANK)**
**ATTN NATALIE L. WINSLOW, JAMIE K. COMBS**
**1635 VILLAGE CENTER CIR., STE 200**
**LAS VEGAS, NV 89134**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 5 | **ALPHA SUPPLY, LLC - MAUI BRANCH** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN DBA ALPHA ELECTRIC SUPPLY COMPANY**
**343 KEA STREET**
**KAILUA-KONA, HI 96732**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 26 of 165

| 4.1 6 | **AMERICAN BUILDERS & CONTR SUPPLY** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$0.00** |
| | **ATTN JEFF ARMSTRONG, ASST GEN COUNSEL** | When was the debt incurred? _____ | |

**ONE ABC PKWY STE 919**
**BELOIT, WI 53511-4466**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 7 | **AMERICAN BUILDERS & CONTR SUPPLY** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number _____ | **$0.00** |
| | **C/O LARSON & ZIRZOW LLC ATTN MATTHEW ZIRZOW** | When was the debt incurred? _____ | |

**850 e. Bonneville Ave.**
**Las Vegas, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 27 of 165

| 4.1 8 | **AMERICAN BUILDERS & CONTRACTORS SUPPLY C** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN JEFF ARMSTRONG, ASSISTANT GENERAL C**

**ONE ABC PARKWAY**

**BELOIT, WI 53511**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 9 | **AMERICAN EXPRESS** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN GREGORY E. GALTERIO, COUNSEL**

**P.O. BOX 650448**

**DALLAS, CA 75265**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 28 of 165

| 4.20 | **AMERICAN EXPRESS BANK, FSB** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4315 S. 2700 W.**

**SALT LAKE CITY, UT 84184**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.21 | **ANDERSEN LAW FIRM, LTD.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR WILLIAM T. PARTRIDGE, RSI INVE**

**ATTN RYAN A. ANDERSEN, ANI BIESIADA**

**3199 E WARM SPRINGS RD, STE 400**

**LAS VEGAS, NV 89120**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 29 of 165

| 4.2 2 | **ARC IMAGING RESOURCES** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 155**
**616 MONTEREY PASS ROAD**
**MONTEREY PARK, CA 91754**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____ **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 3 | **ARGONAUT INSURANCE COMPANY** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O JENNIFER L KNEELAND / WATT TIEDER...**
**1765 GREENSBORO STATION PL, STE 1000**
**MCLEAN, VA 22102-3468**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____ **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.2 4 | **ARGONAUT INSURANCE COMPANY** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O LAW OFFICES OF DAVID JOHNSON PLLC**
**8712 Spanish Ridge Ave.**
**Las Vegas, NV 89148**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.2 5 | **ARIZONA SOLAR SOLUTIONS, LLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**DBA PREMIER SOLAR SOLUTIONS**
**ATTN ZACHARY ROSENBERG.**
**16807 N. CAVE CREEK ROAD**
**PHOENIX, AZ 85032**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 31 of 165

| 4.2 6 | **ARIZONA SOLAR SOLUTIONS, LLC, DBA PREMIE** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O BRIAN IRVINE / DICKINSON WRIGHT**
**100 W LIBERTY ST, STE 940**
**RENO, NV 89501**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.2 7 | **ARROYO / LIVERMORE BUSINESS PARK, LP** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O SCHWARTZER & MCPHERSON**
**2850 S. JONES BLVD., STE 1**
**LAS VEGAS`, NV 89146**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.2 8 | **Beachhead Roofing and Supply, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No

- ☑ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**
- ☐ Yes

| 4.2 9 | **BEACON SALES ACQUISITION, INC.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN JULIAN G. FRANCIS, CEO**
**PO BOX 740914**
**PO BOX 740914**
**LOS ANGELES, CA 90074**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Contingent
- ☐ Debtor 2 only
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No

- ☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al. Possible personal guaranty**
- ☐ Yes

| 4.3 0 | **BEACON SALES ACQUISITION, INC.** | | | Last 4 digits of account number _____ | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O OFFIT KURMAN PA**
**7501 WISCONSIN AVE. STE 1000W**
**BETHESDA, MD 20814**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

---

| 4.3 1 | **BEACON SALES ACQUISITION, INC.** | | | Last 4 digits of account number _____ | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O HUTCHISON & STEFFEN PLLC**
**10080 W. ALTA DR., STE 200**
**LAS VEGAS, NV 89145**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 34 of 165

| 4.3 2 | **BEAZER HOME HOLDINGS LLC** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O JAMES BATES BRANNAN**
**GROOVER LLP**
**ATTN DOROTEYA WOZNIAK**
**3399 Peachtree Rd. NE Ste 1700**
**Atlanta, GA 30326**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.3 3 | **BEAZER HOME HOLDINGS LLC** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O HUTCHISON & STEFFEN PLLC**
**10080 W. ALTA DR., STE 200**
**LAS VEGAS, NV 89145**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 35 of 165

| | | | |
|---|---|---|---|
| **4.3 4** | **BEAZER HOMES TEXAS LP** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**C/O JAMES BATES BRANNAN
GROOVER LLP
ATTN DOROTEYA WOZNIAK
3399 Peachtree Rd. NE Ste 1700
Atlanta, GA 30326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

---

| | | | |
|---|---|---|---|
| **4.3 5** | **BEAZER HOMES TEXAS LP** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**C/O HUTCHISON & STEFFEN PLLC
10080 W. ALTA DR., STE 200
LAS VEGAS, NV 89145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.3 6 | **BERRIDGE MFG. CO.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2015 CALIFORNIA CROSSING RD**
**DALLAS, TX 75303**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.3 7 | **BLUE WATER - DUPONT, LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1130 W TRENTON AVE**
**ORANGE, CA 92867-3536**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.3 8 | **BLUE WATER - DUPONT, LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O NEWMEYER & DILLION LLP**
**ATTN CHRISTOPHER CONNELLY, ESQ**
**895 DOVE STREET 5TH FL**
**NEWPORT BEACH, CA 92660-2999**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.3 9 | **BRANDYWINE HOMES** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**16580 ASTON**
**IRVINE, CA 92606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.4 0 | **Brett Axelrod** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorney for Chapter 11 Debtor entities, listed for notice**

---

| 4.4 1 | **BROWN CONSTRUCTION INC .** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 980700**
**WEST SACRAMENTO, CA 95798-0700**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 38 of 165

| 4.4 2 | **BROWN CONSTRUCTION INC .** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**C/O GORDON REES**
**ATTN: JEFFREY CAWDREY**
**101 WEST BROADWAY, SUITE 2000**
**San Diego, CA 92101**

**When was the debt incurred?**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys for creditor of related Chapter 11 debtor entities, listed for notice**

| 4.4 3 | **BROWN RUDNICK, LLP** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**(ATTY FOR THE OFFICAL**
**COMMITTEE**
**ATTN MAX D. SCHLAN.**
**SEVEN TIMES SQ.**
**NEW YORK, NY 10036**

**When was the debt incurred?**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 39 of 165

| 4.4 4 | **BROWN RUDNICK, LLP** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**ATTY FOR OFF. UNSEC. CRED COMM.**
**ATTN CATHERINE M. CASTALDI.**
**2211 MICHELSON DRIVE , 7TH FL**
**IRVINE, CA 92612**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.4 5 | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR STERLING NATIONAL BANK)**
**ATTN CONNOR H. SHEA.**
**100 N. CITY PKWY, STE 1600**
**LAS VEGAS, NV 89106-4614**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 40 of 165

| 4.4 6 | **BUCHALTER, A PROFESSIONAL CORPORATION** | | |

Nonpriority Creditor's Name
**(ATTY FOR ORACLE AMERICA, INC.)
ATTN SHAWN M. CHRISTIANSON.
55 SECOND ST, 17TH FL
SAN FRANCISO, CA 94105-3493**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.4 7 | **CACHE VALLEY ELECTRIC CO.** | | |

Nonpriority Creditor's Name
**ATTN JIM LAUB, CEO
PO BOX 405
LOGAN, UT 84323-0405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 41 of 165

Debtor 1  **James Patrick Petersen**
Debtor 2  **Tricia Yeh Petersen**                              Case number (if known)   **20-41626**

| 4.4 8 | **CALIFORNIA BANK & TRUST** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**401 W. WHITTIER BLVD., SUITE 200
LA HABRA, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.4 9 | **CALIFORNIA DEPARTMENT OF TAX AND FEE** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**ADMINISTRATION
SPECIAL OPERATIONS
BANKRUPTCY TEAM, MIC:
P.O. BOX 942879
SACRAMENTO, CA 94279-0074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| 4.50 | **CALIFORNIA EQUIPMENT LEASING ASSOCIATION** |
|---|---|

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**

| 4.51 | **CALIFORNIA SELF INSURERS SECURITY FUND** |
|---|---|

Nonpriority Creditor's Name
**c/o Richard Pedone**
**53 State St.**
**Boston, MA 02109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 43 of 165

| 4.5 2 | **CALIFORNIA SELF INSURERS SECURITY FUND** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Parsons Behle & Latimer
50 W. Liberty St., Ste 750
RENO, NV 89501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.5 3 | **CALIFORNIA SELF INSURERS SECURITY FUND** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Louis J. Cisz, III
One Embarcadero Ctr. 32nd Fl.
San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.5 4 | **CANADIAN SOLAR (USA) INC.** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**12657 ALCOSTA BLVD. SUITE 130
SAN RAMON, CA 94583**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 44 of 165

| 4.5 5 | **CARLYON CICA CHTD.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN DAWN M CICA.**
**265 E. WARM SPRINGS ROAD,**
**SUITE 107**
**LAS VEGAS, NV 89119**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.5 6 | **CASTLE DEKKAR &BELLAGAMBA** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**30 Oak Ct.**
**Danville, CA 94526**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.5 7 | **CENTEX HOMES** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7255 SOUTH TENAYA WAY, SUITE 200**
**LAS VEGAS, NV 89113**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 45 of 165

| 4.58 | **CENTEX HOMES** | | Last 4 digits of account number | | $0.00 |

**CENTEX HOMES**

Nonpriority Creditor's Name
**7255 South Tenaya Way, Suite 200**
**Las Vegas, NV 89113**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

$0.00

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

**CITY VENTURES HOMEBUILDING LLC**

| 4.59 | | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**3121 MICHELSON DR., STE 150**
**IRVINE, CA 92612**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

$0.00

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.60 | **CLARK COUNTY ASSESSOR** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**C/O BANKRUPTCY CLERK**
**500 S GRAND CENTRAL PKWY**
**BOX 551401**
**LAS VEGAS, NV 89155-1401**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

$0.00

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 46 of 165

| 4.6 1 | **CLARK COUNTY TREASURER** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**C/O BANKRUPTCY CLERK**
**500 S GRAND CENTRAL PKWY**
**BOX 551220**
**LAS VEGAS, NV 89155-1220**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.6 2 | **COMDATA MASTERCARD PROGRAM** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**1001 SERVICE ROAD EAST**
**HIGHWAY 190, SUIT**
**CHARLOTTE, LA 70433**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 4.6 3 | **CONSOLIDATED ELECTRICAL DISTRIBUTORS, IN** | **Last 4 digits of account number** | | **$270,249.00** |

Nonpriority Creditor's Name
**DBA CED GREENTECH**
**ATTN KURT LASHER, PRESIDENT**
**P.O. BOX 847080**
**LOS ANGELES, CA 90084-7080**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al. Suit initiated against James Petersen, indv.**

| 4.6 4 | **Contractors State License Board** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 26000**
**Sacramento, CA 95826**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Citiations: 2 2019 001959 2 2019 001889 2 2018 0002235 N A 2019 16498**

☐ Yes

■ Other. Specify   **2 2020 001374**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 48 of 165

| 4.6 5 | **CURRENT POWER ELECTRIC, INC.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**27537 COMMERCE CTR. DR. STE 203**
**TEMECULA, CA 92590**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.6 6 | **D.R. HORTON, INC.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**DAVID JENNINGS, ESQ.**
**330 CAROUSEL PKWY**
**HENDERSON, NV 89014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 49 of 165

| 4.6 7 | DAVIS, PICKREN, SEYDEL & SNEED, LLP | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

(ATTY FOR SRS DISTRIBUTION
INC. D/B/A RO
2300 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA, GA 30303

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.6 8 | DAWN M. CICA | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

CAROLYN CICA CHTD
265 E. WARM SPRINGS RD. STE
107
LAS VEGAS, CA 89119

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**

| 4.6 9 | **DEPT. OF EMPLOYMENT, TRAINING & REHAB** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**EMPLOYMENT SECURITY DIVISION**
**500 EAST THIRD STREET**
**CARSON CITY, NV 89713**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.7 0 | **DESERT FASTENERS INC. SOUTHWESTERN SUPPL** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN CJ POTTER**
**4170 W. HARMON AVE 4**
**LAS VEGAS, NV 89180**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 4.7 1 | **DESERT LUMBER DBA DESERT FASTENERS & SUP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**ATTN DALE EGGERS, PRESIDENT**
**6680 S. VALLEY VIEW BLVD**
**LAS VEGAS, NV 89118**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.7 2 | **DICKINSON WRIGHT PLLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR ARIZONA SOLAR SOLUTIONS, LLC,**
**PREMIER SOLAR SOLUTIONS)**
**100 WEST LIBERTY ST, STE 940**
**RENO, NV 89501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.7 3 | **DINERS CLUB (2982)** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**ATTN THEODORE T. LEMBERIS
ASSISTANT GENERAL COUNSEL
PO BOX 5732
CAROL STREAM, IL 60197-5732**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.7 4 | **DINERS CLUB INTERNATIONAL LTD (4840)** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**ATTN THEODORE T. LEMBERIS
ASSISTANT GENERAL COUNSEL
PO BOX 5732
CAROL STREAM, IL 60197-5732**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 53 of 165

| 4.7 5 | **DIVERSIFIED PRODUCTS USA, LLC** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN ANISH SHAH**
**2727 W. SOUTHERN AVENUE**
**SUITE 9**
**SUITE 9**
**TEMPE, AZ 85282**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.7 6 | **DJ ROOF AND SOLAR SUPPLY LLC** | Last 4 digits of account number | | **$4,260,215.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN DARRELL PAYNE.**
**2009 ADMIRALS WAY**
**FT. LAUDERDALE, FL 33316**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al. Personal Guaranty**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 54 of 165

| 4.7 7 | **DLA PIPER LLP (US)** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN RAJIV DHARNIDHARKA
2000 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303-2215**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.7 8 | **DRY ROOFING LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN JUAN CARLOS MIRANDA
7030 PETTYTOWN
RED ROCK, TX 78662**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.7 9 | **DURABLE STRUCTURES** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 541823
DALLAS, TX 75354**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 55 of 165

| 4.8 0 | **EARTHQUAKES SOCCER LLC** | |
|---|---|---|

Nonpriority Creditor's Name
**ATTN DAVE KAVAL**
**1123 COLEMAN AVE.**
**SAN JOSE, CA 95110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.8 1 | **EDGEWOOD PARTNERS INSURANCE CENTER** | |
|---|---|---|

Nonpriority Creditor's Name
**ATTN NEIL COHN**
**3000 EXECUTIVE PARKWAY, SUITE 325**
**SAN RAMON, CA 94583**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 56 of 165

| 4.8 2 | **ELKINS KALT WEINTRAUB REUBEN GARTSIDE LL** | | Last 4 digits of account number | | | $0.00 |

**ELKINS KALT WEINTRAUB
REUBEN GARTSIDE LL**
Nonpriority Creditor's Name

**(ATTY FOR ENTERPRISE FLEET
MANAGEMENT, I
ATTN MICHAEL I. GOTTFRIED.
10345 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.8 3 | **EMERGENCY ROADSIDE ASSISTANCE INC.** | | | | | $0.00 |

**EMERGENCY ROADSIDE
ASSISTANCE INC.**
Nonpriority Creditor's Name
**ATTN MARK CRAM
2771 N. NELLIS BLVD
LAS VEGAS, NV 89115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 57 of
165

| 4.8 4 | **ENGLERT INC.** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN KENNETH KRAWCHECK, CEO**
**P.O. BOX 780695**
**PHILADELPHIA, PA 19178-0695**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.8 5 | **ENTERPRISE FLEET MANAGEMENT, INC.** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN BRICE ADAMSON, VP**
**C/O CORPORATION SYSTEM**
**701 S. CARSON ST, SUITE 200**
**CARSON CITY, NV 89701**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.8 6 | **FARELLA BRAUN MARTEL LLP** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN TYLER C GERKING**
**235 MONTGOMERY ST., 17TH FL.**
**SAN FRANCISCO, CA 94104**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.8 7 | **FENCES 4 AMERICA, INC.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Related entity, chapter 11 debtor, listed for notice**

| 4.8 8 | **FENNEMORE CRAIG, P.C.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR LS DE, LLC & LSQ FUNDING GRP L**
**ATTN THOMAS H. FELL**
**300 S. FOURTH ST, STE 1400**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.8 9 | **FINANCIAL FEDERAL CREDIT** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**1300 POST OAK BLVD., SUITE 1300**
**HOUSTON, TX 77056**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 60 of 165

| 4.9 0 | **FINESTONE HAYES LLP** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR PELL DEVELOPMENT
COMPANY, INC.
ATTN STEPHEN D. FINESTONE.
456 MONTGOMERY ST, 20TH FL
SAN FRANCISO, CA 94014**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.9 1 | **FIRST HAWAIIAN BANK** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**20 W. KAAHUMANU AVE.
KAHULUI, HI 96732**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.9 2 | **First Republic Bank** | Last 4 digits of account number | **5923** | **$3,500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**111 Pine Street**
**11th Floor**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**  **7/1/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **55 N. Lauhoe Pl Lahaina, HI 96761 Property transferred to ACF Finco, I, LP as part of Settlement Agreement**

| 4.9 3 | **First Republic Bank** | Last 4 digits of account number | **2865** | **$1,592,500.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**111 Pine Street**
**11th Floor**
**San Francisco, CA 94111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**When was the debt incurred?**  **11/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **5001 Northstar Drive #202 Truckee, CA 96161 Residence: Northstar condo. Debtors signed Deed in Lieu of Foreclosure to Ares Managment LLC on August 27, 2020 and recorded on 9/18/2020 Property currently listed for sale for 2,700,000**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 62 of 165

| 4.9 4 | **FRANCHISE TAX BOARD** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**300 SOUTH SPRING STREET**
**SUITE 5704**
**LOS ANGELES, CA 90013**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.9 5 | **FRANCHISE TAX BOARD** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**BANKRUPTCY SECTION, MS A340**
**P.O. BOX 2952**
**SACRAMENTO, CA 95812-2952**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.96 | **FRANDZEL ROBINS BLOOM & CSATO, L.C.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR ZIONS
BANCORPORATION,
ATTN MICHAEL G
FLETCHER,GERRICK M. WARRI
1000 WILSHIRE BLVD,19TH FLOOR
LOS ANGELES, CA 90017-2427**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.97 | **GARMAN TURNER GORDON LLP** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR ACF FINCO I PL)
ATTN GREGORY E. GARMAN,
WILLIAM M. NOALL
7251 AMIGO STREET, STE 210
LAS VEGAS, NV 89119**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 64 of 165

| 4.9 8 | **GOLDEN STATE LUMBER, INC.** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN: BRIAN P. HEDSTROM**
**855 LAKEVILLE ST, SUITE 200**
**PETALUMA, CA 94952**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.9 9 | **GONSALVES & KOZACHENKO** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR WASHINGTON TWP HEALTH CARE DIS**
**ATTN PAUL KOZACHENKO, NICHOLAS KOZACHENK**
**2201 WALNUT AVE, #220**
**FREMONT, CA 94538**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 65 of 165

| 4.1 00 | **GORDON REES SCULLY MANSUKHANI, LLP** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR SERVICE FINANCE COMPANY, LLC)**
**ATTN ROBERT S. LARSEN., KAREN KAO.**
**300 SO. 4TH ST, STE 1550**
**LAS VEGAS, NV 89101**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 01 | **GREENE INFUSO, LLP** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR CREDITOR JOHN MOURIER**
**ATTN JAMES D. GREENE.**
**3030 S. JONES BLVD., STE 101**
**LAS VEGAS, NV 89146**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 66 of 165

| 4.1 02 | **GRIFFITH DAVISON, P.C.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR RAMPART**
**CONSTRUCTION CO. RAMPA**
**ATTN AARON T. CAPPS**
**13737 NOEL RD. STE 850**
**DALLAS, TX 75240**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 03 | **GULF COAST SUPPLY & MANUFACTURING** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MIKE VAZQUEZ**
**REGIONAL SALES MANAGER -**
**COMMERCIAL**
**14429 SW 2ND PLACE, SUITE G-30**
**NEWBERRY, FL 32669**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 4.1 04 | **H&E EQUIPMENT SERVICES, INC.** | | | Last 4 digits of account number | | | **$0.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN LEVI BLAINE**
**PO BOX 849850**
**DALLAS, TX 75284**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 05 | **HAMMERMAN & HULTGREN, P.C.** | | | Last 4 digits of account number | | | **$0.00** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN STANLEY M. HAMMERMAN.**
**3101 N. CENTRAL AVE, STE. 1030**
**PHOENIX, AZ 85012**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 06 | **Hanover Insurance Group** | | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**440 Lincoln Street**
**Worcester, MA 01653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible Indemnity claims**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 68 of 165

| 4.1 07 | **HARLEY ROOFING** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN VAUGHN STENIS**
**24926 TRIBECA LANE**
**KATY, TX 77493**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 08 | **HARRISON & MOBERLY, LLP** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR THOMPSON THRIFT CONSTRUCTION,**
**ATTN DAVID J. THEISING**
**10 W. MARKET ST, STE 700**
**INDIANAPOLIS, IN 46204**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 69 of 165

| 4.1 09 | **HEFBER, STARK & MAROIS, LLP** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR INNOVA FUND I, LLC, ET, AL.)**
**ATTN HOWARD S, NEVINS**
**2150 RIVER PLAZA, STE 450**
**SACRAMENTO, CA 95833-4136**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 10 | **HIGH TRAK EQUIPMENT CO., INC.** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4238 LOZANO LN.**
**SUISUN CITY, CA 94585**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 70 of 165

| 4.1 11 | **HIGHMORE** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN DIPAK P. JOGIA**
**1100 PEACHTREE ST. NE, SUITE 1100**
**ATLANTA, GA 30309**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 12 | **HILDA RAMOS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O KAEMPFER CROWELL**
**ATTN; LOUIS BUBALA, III**
**50 W. LIBERTY ST., STE 700**
**RENO, NV 89501**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626     Doc# 16     Filed: 11/03/20     Entered: 11/03/20 20:46:47     Page 71 of 165

| 4.1<br>13 | **HOLLEY DRIGGS** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTY FOR ZIONS
BANCORPORATION,
ATTN RICHARD F. HOLLEY
400 S. FOURTH ST, THIRD FL
LAS VEGAS, NV 89101**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1<br>14 | **HOME DEPOT CREDIT SERVICES** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 78047
PHOENIX, AZ 85062**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 72 of 165

| 4.1 15 | HOPKINS & CARLEY | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**

**(ATTY FOR INDEPENDENT
ELECTRIC SUPPLY AN
ATTN MONIQUE D.
JEWETT-BREWSTER
70 S 1ST STREET
SAN JOSE, CA 95113**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 16 | HUMPHREY LAW PLLC | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

**Nonpriority Creditor's Name**

**(COUNSEL FOR SOMERSET
CHASE HOMEOWNERS A
ATTN: L. EDWARD HUMPHREY
201 W LIBERTY ST, SUITE 350
RENO, NV 89501**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 4.1 17 | **HUTCHISON & STEFFEN, PLLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**(ATTY FOR BEAZER HOMES TEXAS, L.P. & BEA ATTN BRENOCH R. WIRTHLIN 10080 WEST ALTA DRIVE, SUITE 200 LAS VEGAS, NV 89145**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 18 | **HUTCHISON & STEFFEN, PLLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**(ATTY FOR BEACON ROOFING) ATTN MICHAEL R BROOKS. 10080 W. ALTA DR. STE 200 LAS VEGAS, NV 89145**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 74 of 165

| 4.1 19 | **HYG FINANCIAL SERVICES, INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**801 ADLAI**
**BILLINGS, MT 59107**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

■ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 20 | **HYG FINANCIAL SERVICES, INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**30 MAIN STREET**
**DANBURRY, CT 06810**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

■ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 21 | **HYG FINANCIAL SERVICES, INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 35701**
**BILLINGS, MT 59107**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 75 of 165

| 4.1 22 | **IB ROOF SYSTEMS, INC.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN JASON STANLEY, CEO**
**8181 JETSTAR DRIVE, SUITE 150**
**IRVING, CA 75063**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 23 | **INDEPENDENT ELECTRIC SUPPLY INC.** | **Last 4 digits of account number** | | **$4,992,685.90** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN KRIS BEAUCHMAN**
**2001 MARINA BLVD.**
**SAN LEANDRO, CA 94577**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al. Peronal guaranty**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 76 of 165

| 4.1 24 | **INTER ISLAND SOLAR SUPPLY** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN BRIAN GOLD, PRESIDENT**
**761 AHUA STREET**
**HONOLULU, HI 96819**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 25 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2970 MARKET STREET**
**PHILADELPHIA, PA 19104**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 26 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 77 of 165

| 4.1 27 | **International Fidelity Insurance Co** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**2999 Oak Road, Suite 820**
**Walnut Creek, CA 94597**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Surety for Contractor's license. Listed for notice.**

---

| 4.1 28 | **JAMES PETERSON INDUSTRIES, INC.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 78 of 165

| 4.1 29 | **JAMES, BATES, BRANNAN, GROOVER, LLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR BEAZER HOMES
TEXAS, L.P. & BEA
ATTN DOROTEYA N. WOZNIAK
3399 PEACHTREE ROAD NE, SUITE
1700
ATLANTA, GA 30326**

Number Street City State Zip Code

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 30 | **JC CUSTOM ROOFING INC.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN DEREK HINNERS
3450 ALEMEDA STREET, SUITE 339
FORT WORTH, TX 76126**

Number Street City State Zip Code

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626  Doc# 16  Filed: 11/03/20  Entered: 11/03/20 20:46:47  Page 79 of 165

| 4.1 31 | **JENNINGS, STROUSS & SALMON, P.L.C.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR HANOVER INSURANCE COMPANY)**
**ATTN: PATRICK F. WELCH**
**ONE EAST WASHINGTON, STE 1900**
**PHOENIX, AZ 85004-2554**

Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 32 | **JOLLEY URGA WOODBURY & HOLTHUS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR DRY CREEK BUSINESS PARK, LLC**
**MIG REAL ESTATE, LLC AND MIG REAL ESTATE**
**330 S. RAMPART BLVD., STE 380**
**LAS VEGAS, NV 89145**

Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 4.1 33 | **JR METAL EXPRESS, INC.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN DANIEL LOPRESTO,OWNER**
**4620 MITCHELL STREET, SUITE A**
**N. LAS VEGAS, NV 89081**
Number Street City State Zip Code
**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Creditors and notice parties for debts of**
                                                 **Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 34 | **KB HOME COASTAL, INC.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**36310 INLAND VALLEY DR.**
**WILDOMAR, CA 92595**
Number Street City State Zip Code                **When was the debt incurred?**

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Creditors and notice parties for debts of**
                                                 **Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 35 | **KEY EQUIPMENT FINANCE** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1000 S. MCCASLIN BLVD.**
**SUPERIOR, CO 80027**
Number Street City State Zip Code                **When was the debt incurred?**

**Who incurred the debt?** Check one.               **As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **Creditors and notice parties for debts of**
                                                 **Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 81 of 165

| 4.1 36 | **KEYBANK NATIONAL ASSOCIATION** | | |
|---|---|---|---|

**KEYBANK NATIONAL ASSOCIATION**

Nonpriority Creditor's Name

**ATTN: BANKRUPCTY DEPT**
**4910 TIEDEMAN RD**
**BROOKLYN, OH 44144**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 37 | **KEYSTONE EQUIPMENT FINANCE CORP.** | | |
|---|---|---|---|

**KEYSTONE EQUIPMENT FINANCE CORP.**

Nonpriority Creditor's Name

**433 NEW PARK AVE.**
**WEST HARTFORD, CT 06110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 38 | **KOELLER, NEBEKER, CARLSON HALUCK** | | |
|---|---|---|---|

**KOELLER, NEBEKER, CARLSON HALUCK**

Nonpriority Creditor's Name

**ATTY FOR D.R. HORTON INC**
**300 4TH ST. STE 500**
**LAS VEGAS, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 82 of 165

Debtor 1  **James Patrick Petersen**
Debtor 2  **Tricia Yeh Petersen**                        Case number (if known)  **20-41626**

---

| 4.1 39 | **LARSON & ZIRZOW, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**(ATTY FOR AMERICAN BUILDERS &**
**CONTRACTORS SUPPLY CO., INC.,**
**D/B/A ABC**
**850 E. BONNEVILLE AVE.**
**LAS VEGAS, NV 89101**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 40 | **LAW OFFICE OF BRIAN D. SHAPIRO, LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**(ATTY FOR RAMPART CONSTRUCTION COMPANY, ATTN BRIAN D. SHAPIRO.**
**510 S. 8TH ST**
**LAS VEGAS, NV 89101**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 41 | **LAW OFFICE OF STEVEN L. BRYSON** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR LENORE KING (CREDITOR))
ATTN STEVEN L. BRYSON
11150 W. OLYMPIC BLVD. STE 1120
LOS ANGELES, CA 90064**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 42 | **LAW OFFICES OF AMY N. TIRRE** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR MARIA MELO AND MANUEL MELO)
ATTN AMY N. TIRRE.
3715 LAKESIDE DR. STE A
RENO, NV 89509**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 84 of 165

| 4.1 43 | **LAW OFFICES OF AMY N. TIRRE** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR RYAN GARCIA)**
**ATTN AMY N. TIRRE.**
**3715 LAKESIDE DR. STE A**
**RENO, NV 89509**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 44 | **LCA BANK CORPORATION** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1375 DEER VALLEY DR., SUITE 218**
**PARK CITY, UT 84060**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 45 | **Lee Werner** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2100 North Broadway, Suite 210**
**Santa Ana, CA 92706**

When was the debt incurred?   **2020**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Contingent

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Claim against James Petersen Industries, Inc. Creditor added Jim Petersen as defendant.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 85 of 165

| 4.1 46 | **LEISURE TOWN HOME ASSOCIATION** | | Last 4 digits of account number | | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O HOUMAN LAW FIRM LTD
9205 W. RUSSELL RD. BLDG 3, STE 240
LAS VEGAS, NV 89148**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

**☐ Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 47 | **LEVINSON, ARSHONSKY & KURTZ LLP** | | Last 4 digits of account number | | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: STEVEN KURTZ
ATTORNEY FOR LSQ FUNDING GROUP
15303 VENTURA BLVD., STE 1650
SHERMAN OAKS, CA 91403**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Contingent

■ Unliquidated

■ Disputed

**☐ Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 48 | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR LAGUNA COUNTRY MART, LTD)
ATTN ROBERT M CHARLES
3993 HOWARD HUGHEST PARKWAY, SUITE 600
LAS VEGAS, NV 89169**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 49 | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR THOMPSON THRIFT)
ATTN OGONNA M. BROWN.
3993 HOWARD HUGHES PKWY, SUITE 600
LAS VEGAS, NV 89169-5996**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 87 of 165

| 4.1 50 | **LITTLER MENDELSON, P.C.** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**ATTN GREGORY ISKANDER.**
**2301 MCGEE STREET, 8TH FLOOR**
**KANSAS CITY, MO 64108**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 51 | **LS DE, LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**ATTN RICHARD LEE**
**315 E. ROBINSON ST, SUITE 200**
**ORLANDO, FL 32801**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **personal guarantee of corporate debt**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

| 4.1 52 | **MCDONALD CARNANO LLP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR LEAF CAPITAL FUNDING, LLC)**
**ATTN: RYAN J. WORKS. AMANDA M. PERACH.**
**2300 WEST SAHARA AVENUE, SUITE 1200**
**LAS VEGAS, NV 89102**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 53 | **MCRAY CRANE & RIGGING, INC.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN DANIEL AND VICKIE MCRAY**
**8431 MOSLEY RD**
**HOUSTON, TX 77075**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 89 of 165

| 4.1 54 | **MORRITT HOCK & HAMROFF LLP** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR STERLING NATIONAL BANK)**
**ATTN THERESA A DRISCOLL**
**400 GARDEN CITY PLAZA**
**GARDEN CITY, NY 11530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 55 | **MOYE WHITE LLP** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR DRY CREEK BUSINESS PARK, LLC,**
**ATTN TIMOTHY M SWANSON, VIKRAMA S CHANDR**
**1400 16TH ST, 6TH FLOOR**
**DENVER, CO 80202-1486**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 90 of 165

| 4.1 56 | **NATIONAL SUPPLY LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2435 SW 32ND AVE**
**PEMBROKE PARK, FL 33023**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 57 | **NB HANDY COMPANY** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**ATTN ROSANA CHAIDEZ - PRESIDENT**
**P.O. BOX 11407, DEPT. 1653**
**BIRMINGHAM, AL 35246-1653**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 58 | **NEVADA DEPARTMENT OF TAXATION, BANKRUPTC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**555 E. WASHINGTON AVE., #1300**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 59 | **NEWMEYER & DILLION LLP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR CENTEX HOMES)
ATTN J. NATHAN OWENS.
3800 HOWARD HUGHES PKWY,
STE 700
LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 60 | **NEWMEYER & DILLION LLP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR BLUE WATER - DUPONT, LLC)
ATTN J. NATHAN OWENS.
3800 HOWARD HUGHES PKWY,
STE 700
LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| 4.1 61 | **OFFIT KURMAN, P.A.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR BEACON SALES ACQUISITION, INC.**
**ATTN STEPHEN A METZ.**
**4800 MONTGOMERY LANE, 9TH FLOOR**
**BETHESDA, MD 20814**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 62 | **ONESOURCE DISTRIBUTORS LLC** | Last 4 digits of account number _____ | $1,966,597.70 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MIKE SMITH, PRESIDENT**
**2846 AWAAWALOA STREET**
**HONOLULU, HI 96819**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al., personal guaranty**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 93 of 165

| 4.1 63 | **ONESOURCE DISTRIBUTORS LLC** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MIKE SMITH, PRESIDENT**
**P.O. BOX 740527**
**LOS ANGELES, CA 90074-0527**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 64 | **OUTLINE PRODUCTS LLC** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MICHAEL MODICA**
**2009 ADMIRALS WAY**
**FORT LAUDERDALE, FL 33316**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 94 of 165

| 4.1 65 | **PAYNE & FEARS LLP** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**ATTY FOR CITY VENTURES HOMEBUILDING LLC**
**ATTN SARAH J. ODIA.**
**6385 S. RAINBOW BLVD., STE 220**
**LAS VEGAS, NV 89118**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 66 | **PD SOLAR, INC.** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

| 4.1 67 | **PEOPLES UNITED EQUIPMENT FINANCE CORP.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1936 E. DEERE AVE., SUITE 210**
**SANTA ANA, CA 92705**                                When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

�True Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

☐True No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ☐True Other. Specify   **Creditors and notice parties for debts of**
                                                                              **Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 68 | **Pete Serrato** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Christopher Whelan, Atty**                       When was the debt incurred?   **2018**
**11246 Gold Express Dr., Suite 100**
**Rancho Cordova, CA 95670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                        ☐True Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐True Disputed

☐True At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

☐True No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ☐True Other. Specify   **Breach of contract**

| 4.1 69 | **PETER J ROBERTS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**COZEN O'CONNOR**
**123 NO WACKER DR, STE 1800**                         When was the debt incurred? _____
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐True Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

☐True No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ☐True Other. Specify   **Attorney for Chapter 11 Debtor entities,**
                                                                              **listed for notice**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 96 of
165

| 4.1 70 | **PETERSEN ALUMINUM CORPORATION** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN MIKE PETERSEN, PRESIDENT**
**10551 PAC ROAD**
**TYLER, TX 75707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 71 | **PETERSEN ROOF AND SOLAR LLC** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Related entity, chapter 11 debtor, listed for notice**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 97 of 165

---

**4.1 72**

**PETERSEN ROOFING AND SOLAR SYSTEMS, INC.**

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

---

**4.1 73**

**PETERSEN-DEAN INC.**

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

---

**4.1 74**

**PETERSENDEAN HAWAII LLC**

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 4.1 75 | **PETERSENDEAN TEXAS, INC.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Related entity, chapter 11 debtor, listed for notice**

---

| 4.1 76 | **Platt River Insurance Company** | Last 4 digits of account number  **7145** | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**1600 Aspen Commons**
**Middleton, WI 53562**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Possible indemnity agreement**

---

| 4.1 77 | **RANDICK O'DEA TOOLIATOS VERMONT & SARGEN** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**(ATTY FOR WALOVICH ARCHITECTS GROUP, INC**
**ATTN PHILLIP G VERMONT.**
**5000 HOPYARD RD, STE 225**
**PLEASANTON, CA 94588**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 78 | **RED ROSE, INC.** | |
|---|---|---|

| | |
|---|---|
| **RED ROSE, INC.**<br>Nonpriority Creditor's Name<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135**<br>Number Street City State Zip Code | Last 4 digits of account number _____         $0.00<br><br>**When was the debt incurred?** _____ |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**

---

| 4.1 79 | **ROOFS 4 AMERICA, INC.** | |
|---|---|---|

| | |
|---|---|
| **ROOFS 4 AMERICA, INC.**<br>Nonpriority Creditor's Name<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135**<br>Number Street City State Zip Code | Last 4 digits of account number _____         $0.00<br><br>**When was the debt incurred?** _____ |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**

---

| 4.1 80 | **RSI ROOFERS SUPPLY INC.** | |
|---|---|---|

| | |
|---|---|
| **RSI ROOFERS SUPPLY INC.**<br>Nonpriority Creditor's Name<br>**ATTN DARREN BREAUX**<br>**3359 S 500 W**<br>**SALT LAKE CITY, UT 84115-4201**<br>Number Street City State Zip Code | Last 4 digits of account number _____         $0.00<br><br>**When was the debt incurred?** _____ |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 100 of 165

| 4.1 81 | **SCHOLEFIELD, P.C** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR INDEPENDENT
ELECTRIC SUPPLY AN
ATTN PAMELA J. SCHOLEFIELD
13475 DANIELSON STREET, SUITE
100
POWAY, CA 92064**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 82 | **SCHWARTZ LAW, PLLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTY FOR OFF. UNSEC. CRED
COMM.
ATTN SAMUEL A. SCHWARTZ.
601 EAST BRIDGER AVENUE
LAS VEGAS, NV 89101**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 101 of 165

| 4.1 83 | **SCHWARTZER & MCPHERSON LAW FIRM** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR PELL DEVELOPMENT COMPANY, INC.**
**ATTN JEANETTE E. MCPHERSON,**
**2850 S. JONES BLVD, STE 1**
**LAS VEGAS, NV 89146-0122**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.1 84 | **SERVICE FINANC COMPANY, LLC** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**555 S. FEDERAL HWY, #200**
**Boca Raton, FL 33432**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al..**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 102 of 165

| 4.1 85 | **SG WHOLESALE ROOFING SUPPLIES** | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**ATTN TODD KURTEN**
**1101 E. 6TH STREET**
**SANTA ANA, CA 92701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

- ■ No
- ☐ Yes

---

| 4.1 86 | **SHEA LARSEN** | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**(ATTY FOR SILFAB SOLAR USA INC.)**
**ATTN: JAMES PATRICK SHEA & BART K. LARSE**
**1731 VILLAGE CENTER CIRCLE, SUITE 150**
**LAS VEGAS, NV 89134**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

- ■ No
- ☐ Yes

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 103 of 165

| | |
|---|---|
| **4.1 87** | |

**SHEA LARSEN**
Nonpriority Creditor's Name
**(ATTY FOR DURABLE STRUCTURES, LTD.) ATTN JAMES PATRICK SHEA, BART K LARSEN 1731 VILLAGE CENTER CIRCLE, STE 150 LAS VEGAS, NV 89134**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| | |
|---|---|
| **4.1 88** | |

**SHERPAPORT, LLC DBA GENUINE ROOF SUPPLY**
Nonpriority Creditor's Name
**ATTN D. HUDSON 2009 ADMIRALS WAY FT. LAUDERDALE, FL 33316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 104 of 165

| 4.1 89 | **SILFAB SOLAR USA, INC.** | | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN PAOLO MACCARIO,**
**PRESIDENT & CEO**
**50 FOUNTAIN PLAZA, UNIT 1400**
**BUFFALO, NY 14202**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 90 | **SILR LLC** | | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN SANTIAGO LOPEZ RODRIGO**
**705 ARLENE DRIVE**
**DELTONA, FL 32725**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 105 of 165

| 4.1 91 | **SMART ERP SOLUTIONS, INC.** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**ATTN RAGHAVENDRA BHAT YELLURU**
**4683 CHABOT DR, SUITE 380**
**PLEASANTON, CA 94588**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 92 | **SNELL & WILMER L.L.P.** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR J.F. SHEA CO., INC, WASHINGTON**
**ATTN ROBERT R. KINAS,BLAKELEY E. GRIFFIT**
**3883 HOWARD HUGHES PKWY, STE 1100**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 93 | **SNELL & WILMER L.L.P.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR TAYLOR MORRISON COMMUNITIES, I**
**ATTN ROBERT R. KINAS,**
**BLAKELEY E. GRIFFI**
**3883 HOWARD HUGHES PKWY,**
**STE 1100**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 94 | **SNELL & WILMER L.L.P.** | **Last 4 digits of account number** | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR TM HOMES OF AZ)**
**ATTN ROBERT R. KINAS,**
**BLAKELEY E. GRIFFI**
**3883 HOWARD HUGHES PKWY,**
**STE 1100**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 107 of 165

| 4.1 95 | **SOCIAL SECURITY ADMINISTRATION** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**OFFICE OF THE REGIONAL CHIEF COUNSEL, RE**

**160 SPEAR STREET, SUITE 800**

**SAN FRANCISCO, CA 94105-1545**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 96 | **SOLAR 4 AMERICA, INC.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Fox Rothschild LLP**

**1980 Festival Plaza Dr., Ste 700**

**Las Vegas, NV 89135**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Related entity, chapter 11 debtor, listed for notice**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 108 of 165

| 4.1 97 | **SOLARWORLD AMERICAS, INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O EUGENE GEEKIE**
**161 NORTH CLARK ST. STE 4200**
**CHICAGO, IL 60601**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 98 | **SOLARWORLD AMERICAS, INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O JAMES PATRICK SHEA**
**1731 VILLAGE CENTER CIR. SUITE 150**
**LAS VEGAS, NV 89134**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.1 99 | **SOMBRILLA ROOFING, LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3612 SW 23RD ST**
**FT. LAUDERDALE, FL 33312**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 00 | **SONOMA ROOFING SERVICES, INC.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Related entity, chapter 11 debtor, listed for notice**

| 4.2 01 | **SOUTHERN COUNTIES OIL CO, LP DBA SC FUEL** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN ROBERT BOLLAR**
**1800 W KATELLA SUITE 400**
**ORANGE, CA 92863**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 110 of 165

Debtor 1 **James Patrick Petersen**
Debtor 2 **Tricia Yeh Petersen**

Case number (if known) **20-41626**

| 4.2 02 | **SRS DISTRIBUTION, INC.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**DBA ROOFLINE SUPPLY & DELIVERY**
**ATTN CAROL BRANCH**
**5900 S. LAKE FOREST DR., SUITE 400**
**MCKINNEY, TX 75070**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 03 | **STEARNS BANK, N.A.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**500 13TH ST.**
**ALBANY, MN 56307**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 04 | **STERLING** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ATTN GREG GENTRY AND MICHAEL HADDAD**
**1100 PEACHTREE ST. NE, SUITE 1100**
**ATLANTA, GA 30309**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 05 | **STRATEGIC CONSTRUCTION LTD** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**C/O HOLLAND & HART LLP**
**9555 HILLWOOD DR. 2ND FL**
**LAS VEGAS, NV 89134**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 112 of 165

| 4.2 06 | **SULLIVAN HILL REZ & ENGEL** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR HALAWA HALEAKALA SOLAR,INC)**
**ATTN ELIZABETH E. STEPHENS**
**228 S. FOURTH ST, FIRST FL**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 07 | **SULLIVAN HILL REZ & ENGEL** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR JAMES WHITCOMB)**
**ATTN ELIZABETH E. STEPHENS**
**228 S. FOURTH ST, FIRST FL**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 08 | **SULLIVAN HILL REZ & ENGEL** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**(ATTY FOR HALAWA HOUSE OF THE SUN LLC)**
**ATTN ELIZABETH E. STEPHENS**
**228 S. FOURTH ST, FIRST FL**
**LAS VEGAS, NV 89101**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.2 09 | **SUNBELT RENTALS, INC.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**ATTN BRENDAN HORGAN, CEO**
**P.O. BOX 409211**
**ATLANTA, GA 30384**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626  Doc# 16  Filed: 11/03/20  Entered: 11/03/20 20:46:47  Page 114 of 165

| 4.2 10 | **SYLVESTER & POLEDNAK, LTD.** | Last 4 digits of account number _____ | $0.00 |
|--------|--------------------------------|-----|------|

Nonpriority Creditor's Name

**(ATTY FOR ICON RENO PROPERTY OWNER POOL**
**ATTN ALLYSON R. NOTO.**
**1731 VILLAGE CENTER CIR**
**LAS VEGAS, NV 89134**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 11 | **SYNERGY RENTS LLC** | Last 4 digits of account number _____ | $0.00 |
|--------|-----------------------|-----|------|

Nonpriority Creditor's Name

**ATTN ELLIOT PRIGOZEN, PRESIDENT**
**2990 PONCE DE LEON BLVD, SUITE 500**
**CORAL GABLES, FL 33134**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

■ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| 4.2 12 | **TARGRAY TECHNOLOGY INTERNATIONAL, INC.** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN ANNIE GALARNEAU, GC**
**18105 ROUTE TRANSCANADIENNE**
**KIRKLAND, QC H9J 3Z4**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 13 | **TD VENTURE FUND LLC** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Related entity, chapter 11 debtor, listed for notice**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 116 of 165

| 4.2 14 | **TESLA, INC.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN JONATHAN BUTLER,
DEPUTY GENERAL COU
3055 CLEARVIEW WAY
SAN MATEO, CA 94402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 15 | **TEXAS WORKFORCE COMMISSION** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**REGULATORY INTEGRITY
DIVISION - SAU
ROOM 556
101 E. 15TH STREET
AUSTIN, TX 78778-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 117 of 165

| 4.2 16 | **The Hanover Insurance Group, Inc.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**440 Lincoln St.**

**Worcester, MA 01653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Possible indemnity agreement**

---

| 4.2 17 | **THOMAS E. CROWE PROFESSIONAL LAW CORP.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**ATTY FOR CURRENT POWER ELECTRIC**

**2380 S. JONES BLVD, STE 3**

**LAS VEGAS, NV 89146**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.2 18 | **TM HOMES OF ARIZON** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

**4900 N. SCOTTSDALE RD. STE 2000**

**3**

**SCOTTSDALE, AZ 85215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 118 of 165

| 4.2 19 | **TRADERIVER** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**ATTN CHUCK BRAZIER**
**10631 N KENDALL DRIVE, SUITE 1204,**
**MIAMI, FL 33176**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| 4.2 20 | **TRI-VALLEY SUPPLY, INC.** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Related entity, chapter 11 debtor, listed for notice**

---

| 4.2 21 | **U.S. TRUSTEE  - LV-11** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**300 LAS VEGAS BLVD., STE 4300**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **US Trustee for Chapter 11 cases, listed for notice**

| 4.2 22 | **UCCS** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | **$0.00** |
| | **1180 AVE OF THE AMERICAS 8TH FL** | | |
| | **NEW YORK, NY 10036** | **When was the debt incurred?** _____ | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 23 | **UNITED RENTALS (NORTH AMERICA), INC.** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** _____ | **$0.00** |
| | **ATTN YIONA JEAN ISAACSON P.O. BOX 51122** | | |
| | **LOS ANGELES, CA 90074-1122** | **When was the debt incurred?** _____ | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 120 of 165

Debtor 1 **James Patrick Petersen**
Debtor 2 **Tricia Yeh Petersen**

Case number (if known) **20-41626**

| 4.2 24 | **UNITED STATES ATTORNEY'S OFFICE** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**ATTN: CIVIL PROCESS CLERK**
**501 LAS VEGAS BLVD. SOUTH, SUITE 1100**
**LAS VEGAS, NV 89101**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 25 | **UNITED STATES TRUSTEE** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**300 LAS VEGAS BLVD. SOUTH #4300**
**LAS VEGAS, NV 89101**

When was the debt incurred? _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 121 of 165

| | | | |
|---|---|---|---|
| 4.2 26 | **Valarie Serrato** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**c/o Christopher Whelan, Atty**
**11246 Gold Express Dr., Suite 100**
**Gold River, CA 95670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Defendant in lawsuit filed by Petersen-Dean, Inc.  Cross-claim asserted against Jim Petersen.**

| | | | |
|---|---|---|---|
| 4.2 27 | **VAR RESOURCES LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**2005 MARKET ST. FL. 14TH**
**PHILADELPHIA, PA 19103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| | | | |
|---|---|---|---|
| 4.2 28 | **Washington International Insurance Co.** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**475 N. Martingale Rd., Suite 850**
**Schaumburg, IL 60173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Surety for Contractor's license. Listed for notice**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 122 of 165

| 4.2<br>29 | **WDS GP INC.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O LEE LANDRUM CARLSON**
**7575 VEGAS DR. STE 150**
**LAS VEGAS, NV 89128**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2<br>30 | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR FREESE JOHNSON LLC)**
**ATTN MATTHEW I. KRAMER.**
**6385 S. RAINBOW BLVD., STE 400**
**LAS VEGAS, NV 89118**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 123 of 165

| 4.2 31 | **WELLS FARGO BANK, N.A.** | | | | |
|---|---|---|---|---|---|

**WELLS FARGO BANK, N.A.**

Nonpriority Creditor's Name

**300 TRI STATE INTL., SUITE 400**
**LINCOLNSHIRE, IL 60069**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

**WELLS FARGO BANK, NA**

| 4.2 32 | | | | | |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**420 MONTGOMERY ST**
**SAN FRANCISCO, CA 94104**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

**WELLS FARGO BANK, NA**

| 4.2 33 | | | | | |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 3072**
**CEDAR RAPIDS, IA 52406-3072**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 34 | **WELLS FARGO FINANCIAL LEASING, INC.** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**800 WALNUT ST.**
**DES MOINES, IA 50309**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 35 | **WEX** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**ATTN MELISSA SMITH, CEO & PRESIDENT**
**33548 TREASURY CENTER**
**CHICAGO, IL 60694-3500**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 36 | **WILLIAM FERNANDEZ TRUCKING** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**ATTN CFO**
**5404 ROCK CREEK LANE**
**LAS VEGAS, NV 89130**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 125 of 165

| 4.2 37 | **WILSON HOMES, INC.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O KAEMPFER CROWELL**
**50 LIBERTY ST., STE 700**
**RENO, NV 89501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 38 | **WOODSIDE 05N, LP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**C/O LEE LANDRUM CARLSON**
**7575 VEGAS DR. STE 150**
**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 126 of 165

| 4.2 39 | **WRIGHT, FINLAY & ZAK, LLP** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**(ATTY FOR SECURED CREDITOR, AFS/IBEX, A**
**ATTN RAMIR M. HERNANDEZ.**
**7785 W. SAHARA AVE., STE. 200**
**LAS VEGAS, NV 89117**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 40 | **WSP USA BUILDINGS INC.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ATTN MATT GALLO**
**4139 OREGON PIKE**
**EPHRATA, PA 17522**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 127 of 165

| 4.2 41 | **Y ESPINAL ROOFING LLC** | | | | $0.00 |
|---|---|---|---|---|---|

Last 4 digits of account number _____

Nonpriority Creditor's Name

**20931 FOX CLIFF LN.**
**HUMBLE, TX 77338**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- □ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

| 4.2 42 | **ZB, N.A. DBA CALIFORNIA BANK & TRUST** | | | | $0.00 |
|---|---|---|---|---|---|

Last 4 digits of account number _____

Nonpriority Creditor's Name

**456 MONTGOMERY ST., SUITE 2300**
**SAN FRANCISCO, CA 94104**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- □ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Creditors and notice parties for debts of Chapter 11 debtors Petersen-Dean et. al.**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Michael Wayne, Esq.**
**149 So. Barrington Ave., No 143**
**Los Angeles, CA 90049**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.63** of (Check one):
- □ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address
**Stearns Weaver Miller et. al.**
**Attn: Darrell W. Payne**
**150 West Flagler Street, Suite 2200**
**Miami, FL 33130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.76** of (Check one):
- □ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| | 6a. **Domestic support obligations** | 6a. $ | 0.00 |

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 128 of 165

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 16,582,247.60 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 16,582,247.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **James Patrick Petersen** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tricia Yeh Petersen** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number: **20-41626**
(if known)

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **American Honda Finance**<br>**Attn: National Bankruptcy Center**<br>**Po Box 166469**<br>**Irving, TX 75016** | **Acct# 413389770**<br>**Opened 11/30/17**<br>**AutoLease 2018 Honda Odyssey** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **20-41626** |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?   __California__ . Fill in the name and current address of that person.

    **James Petersen**
    **603 Stanford Ave.**
    **Fremont, CA 94539**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

    In which community state or territory did you live?   __California__ . Fill in the name and current address of that person.

    **Tricia Petersen**
    **603 Stanford Ave.**
    **Fremont, CA 94539**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1   **ARGONAUT INSURANCE COMPANY**
     **C/O JENNIFER L KNEELAND / WATT TIEDER...**
     **1765 GREENSBORO STATION PL, STE 1000**
     **MCLEAN, VA 22102-3468**

☐ Schedule D, line _____
■ Schedule E/F, line __4.145__
☐ Schedule G _____
**Lee Werner**

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 131 of 165

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.2 **CALIFORNIA EQUIPMENT LEASING ASSOCIATION**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**ACF FINCO LLP**

3.3 **CALIFORNIA EQUIPMENT LEASING ASSOCIATION**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**ARGONAUT INSURANCE COMPANY**

3.4 **FENCES 4 AMERICA, INC.**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**ACF FINCO LLP**

3.5 **FENCES 4 AMERICA, INC.**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**ARGONAUT INSURANCE COMPANY**

3.6 **JAMES PETERSON INDUSTRIES, INC.**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.145___
☐ Schedule G _____
**Lee Werner**

3.7 **JAMES PETERSON INDUSTRIES, INC.**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**ACF FINCO LLP**

3.8 **JAMES PETERSON INDUSTRIES, INC.**
**Fox Rothschild LLP**
**1980 Festival Plaza Dr., Ste 700**
**Las Vegas, NV 89135**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**ARGONAUT INSURANCE COMPANY**

| Additional Page to List More Codebtors | |
| --- | --- |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.9 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.226**___<br>☐ Schedule G _____<br>**Valarie Serrato** |
| 3.10 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.168**___<br>☐ Schedule G _____<br>**Pete Serrato** |
| 3.11 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| 3.12 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.123**___<br>☐ Schedule G _____<br>**INDEPENDENT ELECTRIC SUPPLY INC.** |
| 3.13 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.162**___<br>☐ Schedule G _____<br>**ONESOURCE DISTRIBUTORS LLC** |
| 3.14 **PD SOLAR, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**ARGONAUT INSURANCE COMPANY** |
| 3.15 **PETERSEN-DEAN INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.226**___<br>☐ Schedule G _____<br>**Valarie Serrato** |

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

**3.16**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.168__
☐ Schedule G _____
**Pete Serrato**

---

**3.17**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.63__
☐ Schedule G _____
**CONSOLIDATED ELECTRICAL
DISTRIBUTORS, IN**

---

**3.18**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.123__
☐ Schedule G _____
**INDEPENDENT ELECTRIC SUPPLY INC.**

---

**3.19**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.162__
☐ Schedule G _____
**ONESOURCE DISTRIBUTORS LLC**

---

**3.20**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.76__
☐ Schedule G _____
**DJ ROOF AND SOLAR SUPPLY LLC**

---

**3.21**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.151__
☐ Schedule G _____
**LS DE, LLC**

---

**3.22**    **PETERSEN-DEAN INC.**
Fox Rothschild LLP
1980 Festival Plaza Dr., Ste 700
Las Vegas, NV 89135

☐ Schedule D, line _____
■ Schedule E/F, line   __4.5__
☐ Schedule G _____
**ABC SUPPLY COMPANY, INC.**

---

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 134 of 165

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23 **PETERSEN-DEAN INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**BEACON SALES ACQUISITION, INC.** |
| 3.24 **PETERSEN-DEAN INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**ARGONAUT INSURANCE COMPANY** |
| 3.25 **PETERSEN-DEAN INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Contractors State License Board** |
| 3.26 **PETERSEN-DEAN INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>**Hanover Insurance Group** |
| 3.27 **PETERSENDEAN HAWAII LLC**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| 3.28 **PETERSENDEAN HAWAII LLC**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**ARGONAUT INSURANCE COMPANY** |
| 3.29 **PETERSENDEAN TEXAS, INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**ACF FINCO LLP** |

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 135 of
165

| Additional Page to List More Codebtors | |
| --- | --- |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.30 | **PETERSENDEAN TEXAS, INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**ARGONAUT INSURANCE COMPANY** |
| --- | --- | --- |

| 3.31 | **RED ROSE, INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| --- | --- | --- |

| 3.32 | **SOLAR 4 AMERICA, INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| --- | --- | --- |

| 3.33 | **SONOMA ROOFING SERVICES, INC.**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| --- | --- | --- |

| 3.34 | **TD VENTURE FUND LLC**<br>43575 Mission Blvd.#705<br>FREMONT, CA 94539 | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Republic Bank** |
| --- | --- | --- |

| 3.35 | **TD VENTURE FUND LLC**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |
| --- | --- | --- |

| 3.36 | **TD VENTURE FUND LLC**<br>Fox Rothschild LLP<br>1980 Festival Plaza Dr., Ste 700<br>Las Vegas, NV 89135 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>**First Republic Bank** |
| --- | --- | --- |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37  **TRI-VALLEY SUPPLY, INC.**<br>**Fox Rothschild LLP**<br>**1980 Festival Plaza Dr., Ste 700**<br>**Las Vegas, NV 89135** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**ACF FINCO LLP** |

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 137 of
165

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| Debtor 2 (Spouse, if filing) | **Tricia Yeh Petersen** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **20-41626** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status*** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Consultant** | **Consultant** |
| **Employer's name** | **UP Advisors LLC** | **UP Advisors LLC** |
| **Employer's address** | **603 Stanford Ave.**<br>**Fremont, CA 94539** | **603 Stanford Ave.**<br>**Fremont, CA 94539** |
| **How long employed there?** | **1 month** | **1 month** |

**\*See Attachment for Additional Employment Information**

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| Debtor 1 | **James Patrick Petersen** | | | | |
| Debtor 2 | **Tricia Yeh Petersen** | | Case number (*if known*) | **20-41626** | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 20,833.00 | $ 20,833.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 20,833.00 | $ 20,833.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 20,833.00 + $ 20,833.00 = | $ 41,666.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies  12. $ 41,666.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:

> Debtors separated from Petersen-Dean-related entities in July 2020, and have been unemployed until establishing UP Advisors LLC, which does consulting work. Income projected is what is anticipated from UP Advisors, but LLC may not currently be generating sufficient income to pay this amount. They are working to build up this business.

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 139 of 165

# Official Form B 6I
# Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **Independent Contractor** | |
| Name of Employer | **Young Living Essential Oils** | |
| How long employed | **2014 to present** | **De minimis income, averages $3,300 gross annually** |
| Address of Employer | **1538 W. Sandalwood Dr.** **Lehi, UT 84043** | |

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| Debtor 2 (Spouse, if filing) | **Tricia Yeh Petersen** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **20-41626** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **5** | ☐ No ☑ Yes |
| **Daughter** | **10** | ☐ No ☑ Yes |
| **Daughter** | **12** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☑ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---:|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 6,666.67 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 4,119.44 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 445.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 3,860.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 5,550.32 |

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 141 of 165

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 650.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 1,262.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 900.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 6,500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 500.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 580.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 650.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 45.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 1,698.00 |
| | 15c. | Vehicle insurance | 15c. $ | 333.00 |
| | 15d. | Other insurance. Specify:   **Pet insurance** | 15d. $ | 300.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **Estimated monthly income taxes** | | 16. $ | 12,500.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 721.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 49,080.43 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 49,080.43 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 41,666.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 49,080.43 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -7,414.43 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   Explain here:

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 142 of 165

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | **20-41626** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ James Patrick Petersen** | X **/s/ Tricia Yeh Petersen** |
|---|---|
| **James Patrick Petersen** | **Tricia Yeh Petersen** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **11/03/2020** | Date **11/03/2020** |

| Fill in this information to identify your case: |

| | |
|---|---|
| Debtor 1 | **James Patrick Petersen** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | **Tricia Yeh Petersen** |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | **20-41626** |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy　　　　4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:　Give Details About Your Marital Status and Where You Lived Before

**1.　What is your current marital status?**

■ Married
☐ Not married

**2.　During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.　Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2　Explain the Sources of Your Income

**4.　Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$400,000.00** | ■ Wages, commissions, bonuses, tips | **$40,000.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $2,000,000.00 | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $253,220.00 |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $2,000,000.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $250,000.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income | $50,000.00 | | |
| | Unemployment through EDD | $900.00 | | |
| **For last calendar year:** (January 1 to December 31, 2019 ) | Rental Income | $240,000.00 | | |
| | Rental Income | $144,000.00 | | |
| | | $0.00 | Dividends | $1,104.48 |
| **For the calendar year before that:** (January 1 to December 31, 2018 ) | Rental Income | $240,000.00 | | |
| | Rental Income | $144,000.00 | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.     Go to line 7.
   ■ Yes     List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 145 of 165

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.

    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **SheppardMullin**<br>**Four Embarcadero Center, 17th Fl.**<br>**San Francisco, CA 94111** | 7/14/2020<br>7/21/2020<br>7/23/2020<br>7/30/2020<br>8/27/2020<br>8/28/2020<br>9/3/2020<br>9/3/2020<br>9/17/2020<br>10/5/2020 | **$178,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other  __Attorney fees__ |
| **Carlyon Cica CHTD**<br>**265 East Warm Springs Rd.**<br>**Las Vegas, NV 89119** | 7/10/2020 -<br>10/8/2020 | **$111,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other  __Attorney fees__ |
| **Chase**<br>**Attn Correspondence Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | 9/8/2020<br>8/7/2020<br>7/17/2020<br>10/9/2020<br>10/9/2020 | **$19,128.82** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Discover Card**<br>**Attn Bankruptcy Dept**<br>**PO Box 3025**<br>**New Albany, OH 43054** | 9/18/2020<br>8/18/2020<br>7/20/2020<br>10/8/2020 | **$8,838.51** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20483**<br>**Kansas City, MO 64195** | 8/14/2020<br>8/18/2020<br>7/15/2020<br>7/16/2020 | **$17,462.28** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Nordstrom**<br>**PO Box 6555**<br>**Englewood, CO 80155** | 8/24/2020<br>7/24/2020 | **$9,755.73** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 146 of 165

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **First Republic Bank**<br>**111 Pine Street**<br>**San Francisco, CA 94111** | 9/2/2020 | **$11,100.63** | **$0.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** | |

---

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such actions, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Independent Electric Supply, Inc. and OneSource Distributors, LLC v. James Patrick Petersen, Inc. et. al.**<br>**20CV368364** | **Personal guarantee of business debt** | **Superior Court of CA, Santa Clara Cnty**<br>**191 North First Street**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nasawn Griffin et. al. v. PetersenDean Builder Group, et. al.**<br>**19CV344750** | **EMPLOYMENT** | **CA Superior Court, Santa Clara County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Dean v. Petersen**<br>**HG17868054** | **Partnership & Corp. Governance** | **CA Superior Court Alameda County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 20-41626    Doc# 16    Filed: 11/03/20    Entered: 11/03/20 20:46:47    Page 147 of 165

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Marco Pulido Colmenero et. al. v. James Patric Petersen et al.**<br>**BC685878** | **Employment** | **CA Superior Court, Los Angeles County** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**DISMISSED** |
| **Argonaut Insurance Company, Inc. v. James Petersen et. al.**<br>**4:20cv4864** | **Breach of Contract** | **U.S. District Court, District of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Petersen-Dean, Inc. v. Valarie Serrato**<br>**RG18896255** | **Breach of Contract** | **CA Superior Court, Alameda County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Pete Serrato v. Petersen Dean, Inc. James Petersen & PD Solar, Inc.**<br>**RG18932489** | **Breach of contract** | **CA Superior Court, Alameda County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lee Warner and Susan Farris Foy v. James Petersen Industries, Inc. Argonaut Insurance et. al.**<br>**30-2020-01144802-CL-BC-CJC** | **Breach of contract, fraud** | **CA Superior Court, Orange County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Consolidated Electrical Distributors, Inc. dba CED-Greentech v. Petsersen-Dean, Inc., James Petersen**<br>**HG20062142** | **Breach of contract, personal guaranty** | **CA Superior Court, Alameda County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Contractor's State License Board**<br>**See Attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the Matter of the Citation Against: Petersen-Dean, Inc.; James Patrick Petersen**<br>**2 2019 1889** | **Contractor's license citation appeal** | **Registrar of Contractors, CSLB**<br>**Dept. of Consumer Affairs State of California** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

☐ No. Go to line 11.

■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Independent Electric Supply, Inc. & OneSource Distributors, LLC** | **Temporary Protective Order, see Attachment for description of property covered**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **September 4, 2020** | **$0.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ☐ No
   ■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **First Republic Bank** | **See Attachment**<br>Last 4 digits of account number: _____ | | **$0.00** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kornfield Nyberg Bendes Kuhner & Little**<br>**1970 Broadway, Suite 600**<br>**Oakland, CA 94612**<br>**www.kornfieldlaw.com** | | | **$25,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **SheppardMullin**<br>**Four Embarcadero Center, 17th Fl.**<br>**San Francisco, CA 94111** | | **Various, past 12 months** | **$253,000.00** |
| **Carlyon Cica CHTD**<br>**265 E. Warm Springs Rd., Suite 107**<br>**Las Vegas, NV 89119** | | **Various, past 12 months** | **$133,395.37** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Douglas Weber**<br>**179 Moolu Circle**<br>**Wailuku, HI 96793**<br><br>**Friend** | **2015 Range Rover Sport** | **Sold vehicle for 35k. Paid $15,000 and and signed promissory note for $20,000 payable over 4 years at $416.66 monthly at 3% interest.** | **09/1/2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 150 of 165

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **ACF Finco I LP<br>c/o Ares Management LLC<br>800 Corporate Pointe, 3rd Fl.<br>Culver City, CA 90230<br><br>Creditor** | **5001 Northstar Dr., #202,<br>Truckee, CA 96161,<br>estimated value $2,800,000** | **Deed-in-Lieu of<br>Foreclosure recorded<br>September 18, 2020 in<br>Placer County.<br>Consideration<br>$1,107,500.00.  Transfer<br>made pursuant to<br>settlement agreement<br>with creditor.** | **8/27/2020** |
| **ACF Finco LLP<br>c/o Ares Management LLC<br>800 Corporate Pointe, 3rd Fl.<br>Culver City, CA 90230<br><br>Creditor** | **319 Via Concha, Aptos, CA<br>95003. Property value<br>3,100,000.00.** | **Deed-in-Lieu recorded<br>on 9/9/2020.  Property<br>sold on 9/9/2020 with<br>ACF as seller.  Deeds of<br>Trust to The Cirrus<br>Irrevocable Family Trust,<br>$771,355, and First<br>Republic Bank,<br>1,560,000.00 were paid<br>off from sale proceeds.** | **8/27/2020** |
| **Up Advisors Group, LLC<br>603 Stanford Ave<br>Fremont, CA 94539<br><br>100% owners** | **Transferred $200,000 from<br>FRB account to capilize LLC** | ownership interest | **8/25/2020** |
| **Related Chapter 11 Debtor Entities<br>Official Committee of Unsecured<br>Creditor** | **See Attachment** | | |
| **First Republic Bank<br>111 Pine Street<br>11th Fl.<br>San Francisco, CA 94111** | **See Attachment** | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a
beneficiary?** (These are often called *asset-protection devices*.)
☐    No
■    Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|
| **James Patrick Petersen 2007 Trust<br>(Revocable)** | | **2007** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank of America 43591 Mission Blvd. Fremont, CA 94539** | **Jim & Tricia Petersen** | **Box empty** | ☐ No ☑ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SafKeep Storage 44705 Osgood Rd. Fremont, CA 94539** | **Jim & Tricia Petersen** | **Self storage - contains household furniture, patio furniture from Aptos Property and other houseld furniture** | ☐ No ☑ Yes |
| **Kihei Maui Self Storage 115 E. Lipoa St., Suite A Kihei, HI 96753** | **Jim & Tricia Petersen** | **Household furniture, decor, clothing, bedding, small kitchen electrics, kitchen wares, Christmas decor, office supplies** | ☐ No ☑ Yes |
| **Unknown** | **Unknown** | **Household furniture, clothing and ski equipment were in property at 5001 Northstar Dr., #202, Truckee, CA. Property was transfered to creditor ACF and creditor agreed to put Debtors' personal property in storage. Creditor has not provided Debtors with location and access to storage. Property was renetely listed for sale and pictures show that some of Debtors' property is still at the condo and is being used for staging.** | ☐ No ☑ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☑ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Sofia Petersen 603 Stanford Ave. Fremont, CA 94539** | **First Republic Bank 111 Pine Street San Francisco, CA 94111** | **UTMA account for minor child** | **$518.82** |
| **James Patrick Petersen, Jr. 603 Stanford Ave. Fremont, CA 94539** | **First Republic Bank 111 Pine Street San Francisco, CA 94111** | **UTMA Account for minor child** | **$468.80** |
| **Addison Elyse Petersen 603 Stanford Ave. Fremont, CA 94539** | **First Republic Bank 111 Pine Street San Francisco, CA 94111** | **UTMA Account for minor child** | **$518.82** |
| **Addison Petersen** | **Bank of America** | **CUTMA account for minor** | **$15,434.73** |
| **Sofia Petersen** | **Bank of America** | **CUTMA account for minor** | **$14,872.97** |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 153 of 165

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No
☐  Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies.  Go to Part 12.

☒  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Petersen Dean, Inc.<br>39300 Civic Center Dr<br>Fremont, CA 94538 | Roofing and Solar Contractor<br><br>Moss Adams | EIN:      77-0051446<br><br>From-To  10/01/1984, 07/28/2020 |
| TD Venture Fund LLC<br>43575 Mission Blvd<br>Fremont, CA 94539 | Construction Real Estate Holding<br><br>Moss Adams | EIN:      82-3238612<br><br>From-To  07/25/2017 |
| Beachhead Roofing and Supply, Inc.<br>43575 Mission Blvd<br>Fremont, CA 94539 | Roofing and Supply Chain<br><br>Moss Adams | EIN:      82-3120971<br><br>From-To  10/04/2017 |
| James Petersen Industries, Inc.<br>2201 Walnut Ave.<br>Fremont, CA 94538 | Roofing and solar contractor<br><br>Moss Adams | EIN:      81-4556031<br><br>From-To  12/06/2016 |
| Petersen Dean Hawaii LLC<br>220 Lalo Street<br>Kahului, HI 96732 | Roofing and Solar contractor<br><br>Moss Adams | EIN:<br><br>From-To  03/13/2018 |
| UP Advisors Group LLC<br>603 Stanford Ave<br>Fremont, CA 94539 | Business Development Advisors | EIN:      85-2681899<br><br>From-To  08/21/2020 |
| Solar Power Capital Partners LLC<br>39300 Civic Center Dr<br>Fremont, CA 94538 | Solar and Roofing Services<br><br>Moss Adams | EIN:<br><br>From-To  10/15/2013 to present |
| California Equipment Leasing Assoc.<br>39300 Civic Center Dr., Suite 300<br>Fremont, CA 94538 | Leasing<br><br>Moss  Admas | EIN:      95-3564490<br><br>From-To  2003 - present |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Fences 4 America, Inc.<br>2201 Walnut Ave., Suite 310<br>Fremont, CA 94538** | **Fencing**<br><br>**Moss Adams** | **EIN:**　**81-4757596**<br><br>**From-To**　**2017 - present** |
| **PD Solar, Inc.<br>39300 Civic Center Dr., Suite 300<br>Fremont, CA 94538** | **Solar**<br><br>**Moss Adams** | **EIN:**　**26-4083699**<br><br>**From-To**　**2010 - present** |
| **Petersendean Hawaii, LLC<br>1750 Kalakaua Ave.<br>Suite 201 PMB 594<br>Honolulu, HI 96826** | **Roofing & solar**<br><br>**Moss Adams** | **EIN:**　**82-4830326**<br><br>**From-To**　**2018 - present** |
| **PetersenDean Texas, Inc.<br>14713 Jersey Shore Dr.<br>Houston, TX 77047** | **Roofing and Solar**<br><br>**Moss Adams** | **EIN:**　**76-0214538**<br><br>**From-To**　**2006 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ☐　No
   ■　Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **ACF FinCo I LP<br>580 White Plains Road<br>Tarrytown, NY 10591** | **8/27/2020** |
| **Independent Electric Supply, Inc.<br>2001 Marina Blvd<br>San Leandro, CA 94577** | **10/1/2019** |
| **OneSource Distributors<br>3951 Oceanic Drive<br>Oceanside, CA 92056** | **10/1/2019** |
| **LS DE LLC<br>315 E. Robinson Street<br>Orlando, FL 32801** | **10/1/2019** |
| **Official Committee of Unsec Creditors<br>Red Rose, Inc. consolidated<br>Chapter 11s<br>Nevada District Bankruptcy Court<br>Las Vegas** | **9/2/2020** |
| **Moss Adams<br>635 Campbell Technology Parkway<br>Campbell, CA 95008** | **10/18/2019　Audited Consolidated Financial Statement prepared by Moss Adams for Petersen-Dean, Inc. & Subsidiaries** |

Case: 20-41626　Doc# 16　Filed: 11/03/20　Entered: 11/03/20 20:46:47　Page 155 of 165

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ James Patrick Petersen | /s/ Tricia Yeh Petersen |
|---|---|
| **James Patrick Petersen** | **Tricia Yeh Petersen** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    **11/03/2020** | Date    **11/03/2020** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                       Best Case Bankruptcy

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A

### Question 8. Payments or Transfers Benefitting Insiders

Insiders: Petersen-Dean, Inc., Solar 4 America, Inc., PetersenDean Texas, Inc. PD Solar, Inc., PetersenDean Builder Group, Inc., Sonoma Roofing Services, Inc., Red Rose, Inc., PetsersenDean Roofing and Solar Systems, Inc., Petersen-Dean Commercial, Inc., Tri-Valley Supply, Inc., California Equipment Leasing Association, Inc., Fences 4 America, Inc., Pacific Coast Roofing & Construction, Inc., Roofs 4 America, Inc., and PetersenDean Hawaii LLC.

Settlement Agreement and Release of Claims entered into by James P. Petersen, Tricia Yeh Petersen, TD Venture Fund, LLC on the one hand and ACF Finco I, LP on the other.

In 2018, J. Petersen and TD Venture Fund executed a Continuing Guaranty secured by Deeds of Trust against 5001 Northstar Dr., #202, Truckee, CA, ("Truckee Property"), 319 Via Concha, Aptos, CA ("Aptos Propery"), 55 N. Lauhoe Pl., Lahaina, HI 96761 ("Hawaii Property"), and membership interest in the Calistoga Ranch Club.

On August 27, 2020, Debtors as individuals and in their capacity of manager of TD Venture Fund LLC executed Deeds-in-Lieu of Foreclosure on Aptos Property, the Truckee Property and the Hawaii Property and transferred ownership of Calistoga Ranch Club interest and  a key man life insurance policy in satisfaction of their personal guarantees.

### Question 9. Within 1 year before bankruptcy, were you a party in any lawsuit, court action or administrative proceeding?

### Contractor's State License Board

Currently there are several appeals pending of citiations, and several citations and complaints are unresolved.   James Petersen's licenses were associated with the related Chapter 11 Debtor entities and since he has separated from those entities he has not been able to obtain specific information regarding the status of these citations.  It is his understanding that the Chapter 11 Debtor entities and their counsel are working to resolve them.  Schedules and Statements will be amended to the extent required when more information is known.

### Question 10. Property repossessed, foreclosed, garnished, attached, seized or levied with 1 year.

Independent Electric Supply, Inc. and OneSource Distributors, LLC obtained Right to Attach Orders in a civil suit pending in the Superior Court of California, Santa Clara County, case 20 CV 368364, on September 8, 2020. The Right to Attach Order and Order For Issuance of Writ of Attachment After Hearing were recorded in Placer County on September 15, 2020 and in Alameda County on September 18, 2020.

Attachment Orders covered all of Debtors' real and personal property wherever found.  The filing of their personal bankruptcy petition within 90 days of the attachment terminates the attachment pursuant to C.C.P. 493.030(b).

### Question 11. & Question 18. Set offs within 90 days and property transferred outside ordinary course within 2 years

### First Republic Bank

In February 2018 Debtors guaranteed a line of credit for $1,500,000 and a term loan for $840,000 made by First Republic Bank ("FRB") to TD Venture Fund LLC ("TD Venture") The loans were secured by assets of TD Venture, but the Chapter 11 filing of TD Venture constituted a default of the loan agreements.  FRB liquidated certain collateral of TD Venture and afterward a remaining guaranteed balance of at least $681,121.88 remained as of July 1, 2020.

FRB then froze $500,000 of the Debtors' funds on deposit with FRB.    Debtors made an agreement with FRB to give

FRB a 2nd deed of trust on their Fremont property in exchange for release of funds on deposit and after FRB first allocated and disbursed payment of past due real estate taxes on the Fremont property, established a cash collateral account funding 6 months' interest payments, and payment of attorney's fees and costs, including the cost of title insurance for the 2nd deed of trust.

**Question 18. Property transferred outside ordinary course within 2 years**

Settlement Agreement and Release of Claims entered into between James and Tricia Petersen ("Debtors") on the one hand, and TD VENTURE FUND, LLC, a California limited liabilitycompany ("TD Venture"), BEACHHEAD ROOFING AND SUPPLY, INC., a California corporation ("Beachhead"), CALIFORNIA EQUIPMENT LEASING ASSOCIATION, INC., a California corporation ("CELA"), FENCES 4 AMERICA, INC., a California corporation ("F4A"), JAMES PETERSEN INDUSTRIES, INC., a California corporation ("JPI"), PD SOLAR, INC., a California corporation ("PD Solar"), PETERSEN ROOFING AND SOLAR LLC, a California limited liability company ("Petersen Roofing"), PETERSEN-DEAN, INC., a California corporation ("PDI"), PETERSENDEAN HAWAII LLC, a Hawaii limited liability company ("PD Hawaii"), PETERSENDEAN ROOFING AND SOLAR SYSTEMS, INC., a Florida corporation ("PD Roofing"), PETERSENDEAN TEXAS, INC., a Texas corporation ("PD Texas"), RED ROSE, INC., a Nevada corporation ("Red Rose"), ROOFS 4 AMERICA, INC., a California corporation ("R4A"), SOLAR 4 AMERICA, INC., a California corporation ("S4A"), SONOMA ROOFING SERVICES, INC., a California corporation ("Sonoma Roofing"), TRI-VALLEY SUPPLY, INC., a California corporation ("Tri-Valley"), PETERSENDEAN BUILDER GROUP, INC., a California corporation ("PD Builder"), PETERSEN-DEAN COMMERCIAL, INC., a California corporation ("PD Commercial"), and PACIFIC COAST ROOFING & CONSTRUCTION, INC., a California corporation ("Pacific Coast"), together the ("Chapter 11 Debtors") on the other hand.

Debtors agreed to pay the Chapter 11 Debtors $1,600,000.00 due in 3 years and secured by a Note and Deed of Trust recorded against their Fremont property primary residence in exchange for a release of all avoidance actions and covered claims, as further detailed in the settlement agreement. The agreement is subject to approval by the Nevada Bankruptcy Court and the Debtors have performed all of their obligations under the agreement.

**Fill in this information to identify your case:**

| Debtor 1 | **James Patrick Petersen** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tricia Yeh Petersen** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **20-41626** | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Alameda County Tax Collector**<br><br>Description of property securing debt: **603 Stanford Ave. Fremont, CA 94539 Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Maintain payments** | ☐ No<br>■ Yes |
| Creditor's name: **First Republic Bank**<br><br>Description of property securing debt: **603 Stanford Ave. Fremont, CA 94539 Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**maintain payments** | ☐ No<br>■ Yes |
| Creditor's name: **First Republic Bank** | ☐ Surrender the property. | ☐ No |

| name: | | ☐ Retain the property and redeem it. | ■ Yes |
|---|---|---|---|

| Description of property | **603 Stanford Ave. Fremont, CA 94539** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| securing debt: | **Residence: Single Family Home (property held in James Patrick Petersen 2007 Trust)** | ■ Retain the property and [explain]:<br><br>**Maintain payments** | |

| Part 2: | **List Your Unexpired Personal Property Leases** |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **American Honda Finance** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Acct# 413389770**<br>**Opened 11/30/17**<br>**AutoLease 2018 Honda Odyssey** | |

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X **/s/ James Patrick Petersen** | X **/s/ Tricia Yeh Petersen** |
|---|---|
| **James Patrick Petersen** | **Tricia Yeh Petersen** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **11/03/2020** | Date **11/03/2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

Case: 20-41626   Doc# 16   Filed: 11/03/20   Entered: 11/03/20 20:46:47   Page 163 of 165

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                     Case No.     **20-41626**
        **James Patrick Petersen**
        **Tricia Yeh Petersen**

_____     Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of __**33**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **11/03/2020**


                                            **/s/ Sarah Little**
                                            _____
                                            Signature of Debtor's Attorney or Pro Per Debtor