

Michael G. Kasolas
Chapter 7 Trustee
PO Box 27526
San Francisco CA 94127-0526

Telephone: (415) 504-1926

The following constitutes the order of the Court.
Signed: January 9, 2023

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-41626 CN |
| | ) | |
| PETERSEN, JAMES PATRICK and | ) | Chapter 7 |
| PETERSEN, TRICIA YEH | ) | |
| | ) | **ORDER FOR PAYMENT OF** |
| | ) | **FEES AND EXPENSES** |
| | **)** | |
| | ) | Judge:  Hon. Charles Novack |
| | ) | Date:   January 6, 2023 |
| | ) | Time:   11:00 AM |
| | ) | Court:  Via Tel/Videoconference |
| Debtor(s) | ) | |

Upon the Trustee's Application for Final Compensation and Reimbursement of Expenses, Report of Receipts and Disbursements, and Notice of Proposed Distribution filed herein by Michael G. Kasolas, Trustee:

IT IS HEREBY ORDERED:

That the Trustee pay to himself, Michael G. Kasolas, as Trustee herein, the sum of **$242,958.69** for commissions allowed for reasonable value of services rendered to said estate, and the further sum of **$424.69** as reimbursement of expenses incurred by the Trustee in the administration of this bankruptcy estate.

***END OF ORDER***

***COURT SERVICE LIST***